,
,                    IN THE UNITED STAT DISTRICT COURT
,                    FOR THE MIDDLE DISTRICT OF GEORGIA
,                              MACON DIVISION
,
,
,

RECEIVED
CLERK'S OFFICE

2015 MAR 13  AM 10: 38

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

,NAPOLEON GRAY,
.              Plaintiff,
.                                                CIVIL NO.    **5 : 15-CV-087**
,
,      Vs
,
,
,GOVERNOR NATHAN DEAL
,SAMUEL OLENS ATTORNEY GENERAL
,CULLENT TALTON, HOUSTON COUNTY SHERIFF
OFFICE
HOUSTON COUNTY L.E.C.DETENTION
CENTER              ,                    ,
,HOUSTON COUNTY BOARD OF
, COMMISSIONERS
,              Defendant's
,
,
,
,
,
,              COMPLAINT PURSUANT TO  42 U.S.C. 1983
,
,
,              RE; Ante Litem Notice Pursuant to O.C.G.A. 36-33-5 ; 42 USC 1983
,
,
,Dear Sirs and/or Madam ;
,
,
,       My name is Napoleon Gray I'm a pro se  who represent my self  in connection with the personal
injury and mental stress claim against the State of Georgia and Cullen Talton, Houston County  Sheriff
Office, and the Houston County L, E, C, Detention Center and the Houston County Board Of
Commissioners  and  Attorney Michael Long County Attorney " the purpose of this letter is to comply
with any litem notice requirements . My sustained injuries due to the negligent acts of supervisor and
causal connection between actions of the supervising official and a  history of widespread abuse that
put the responsible supervisor on notice of the need to correct the alleged deprivation but failed to do so
.                                                        ,
,       Pursuant to O.C.G.A. 36-33-5, I'm presenting this claim for general and specific   damages both
past and future ,within six month period required by statue . Damages include , but not limited to
medical expenses , permanent disability , diminished earning capacity , lost wages ,      pain and
suffering .
,
,

I believe the value of this claim may exceed $150,000,000 .

IF YOU CONTEND THIS LETTER DOES NOT PROVIDE YOU WITH SUFFICIENT NOTICE SUANT TO O.C.G.A. 36-33-5 OR COMPLY WITH SAID STATUTE , PLEASE ADVICE ME IMMEDIATELY I AND I WILL CORRECT ANY DEFICIES.

Thank you in advance for your time and attention to this matter, With warmest regards , I remain.

Sincerely,

3-13-2015

Napoleon Gray

IN THE UNITED STAT DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

,NAPOLEON GRAY,
            Plaintiff,

        Vs                                    CIVIL NO.

,GOVERNOR NATHAN DEAL
,SAMUEL OLENS ATTORNEY GENERAL
,CULLENT TALTON, HOUSTON COUNTY SHERIFF
OFFICE
HOUSTON COUNTY L.E.C.DETENTION
CENTER
,HOUSTON COUNTY BOARD OF
, COMMISSIONERS
            Defendant's

## STATEMENT OF CLAIM AND FACTS

Where did the alleged constitution violation of rights incident occurred ?and what dates of th incident ? and who violated your constitution rights ?

Plaintiff's STATEMENT OF FACTS ; " The Racist Of The Houston County Sheriff Department & The sheriff of Warner Robins Georgia Houston County Cullen Talton knew of his deputies wrong doing towards me the plaintiff and was personally involved in the acts of his constitution violations Cullen Talton personally participated in the alleged constitutional violations an personally participated in causal connection between actions of supervising officials and the alleged constitutional deprivation . Cullen Talton knew of the causal connections when a history of widesprea abuse put him the responsible supervisor on notice of need to correct the alleged deprivation and he failed to do so. The deprivation that constitute widespread abuse sufficient to notify the supervising official when he knew  obvious, flagrant, rampant and of continued duration, rather then isolated occurrences."

Plaintiff's Continue STATEMENT OF FACTS ; I n the term of 1996  his deputies made severa visit to my former resident 329 Red Fox Run in Warner Robins Georgia the resident  at that time that I was sharing with my daughter  mom former Mary Beth Crasper  she was white and myself black the deputies that came to my resident was mostly all white and always stated to me that they were called t the resident because some one called them about a complaint or some one fighting or etc in the residen I would always be arrested or beat  up by several officers in my own house the officers would write up false Incident Reports  it was several incidents where the officers would be called to my resident  and force them self inside my house with out a warrant  and beat me they would punch and stump me dow in my own house all over my body in my face in my back on top my head any where that was  not protected it was a time when a incident in my house when the officers force them, self in my house

with out a warrant  and stated to me that they were looking for bodies I was like what ? " So I grab my phone and I called the captain over the Houston County jail the former the late  Captain Ezell while he was on the phone I also had the 911 operator on line as well 3 way  all I wonted was the  officers out my house  the conversation was recorded the captain told me that he was just over the jail not over the patrol unit that I need to call Captain McGhee  who was over the patrol unit the 911 operator advice me to ask the officers to please leave my resident while speaking to the officers over the phone a officer that was in my house approach me and ask me who was I m talking to so I told him and he order me to hang up the phone that I was going to jail for dis order conduct so I told the officers on the phone that I had to go upon hanging up the phone I was calling Captain McGhee when several officers rush me and one picked me up and slammed me on the floor and the others started punching and stumping me in my own resident then they hand  cuff me and took me to jail in nothing but my boxer shorts under wares all officers was white  then when I made bond I reported incident to Sheriff Cullen Talton who later on knew of the 911 recorded taped conversation of that incident but hid conversation recorded tape or c'd of recorded conversation from records files .

,

,         Plaintiff's Continue STATEMENT OF FACTS ; In the term of 1997 his deputies again came to  my former resident 329 Red Fox Run Warner Robins Georgia  where I shared the resident with my daughter mom former Mary Beth Crasper who was white and myself black  the officers again arrested me and wrote false incident reports on me saying that I threaten to kill  her two daughters and that  I hit her with a bed pole and a chair braking her foot leg and knee and fraction her jaw and side and ramming her head into a kitchen cabinet the officers had no hospital report no X-rays of victim or any thing while being arrested several of the officers beat me after I was hand cuff in the back of me punching me in my face and head also my body area, all officers was white Sheriff Cullen Talton was advice and knew of the incident several officers  incident reports are missing in court records files  a long with several officers reports are rewritten in courts records files.

,

.

.         Plaintiff's Continue STATEMENT OF FACTS ; In the term of 1998 I was charge with committed the new offense of Criminal Attempt to Escape out the Houston County jail  their was no investigation or any incident report done that said that I tried to Escape out of the Houston County jail in the term of 1998 with all do respect I was housed and was in the Valdosta State Prison  in Valdosta Georgia in the Department Of Correction in 1998 . Sheriff Cullen Talton was advice and knew of incident several incident reports are missing or are rewritten .

.

.

.         Plaintiff's Continue STATEMENT OF FACTS ; In the term of 2001 while being arrested in Houston County for violation of a banish order from Houston County while in the Houston County jail I was isolated from the other inmates I was refuse medical treatment and visitations I was denied to shower many times I was denied to use the phone also they refuse to feed me a lot of times I was denied the rights to attend church service that the county jail had on sun days I filed several written complaints  but was always threaten to be tase per order by the chief jailer witch the officers jailers would say that the sheriff order that to be done ▆▆▆most all jailers officers that made contact with me was white Sheriff Cullen Talton knew of incidents several state county jail grievances are missing out of the Houston County jail records files.

,

,         Plaintiff's Continue STATEMENT OF FACTS ; In the term of 2009 his deputies wrote several false reports on me written incident reports that I was going over to my daughter mom house former Mary Beth Crasper but is known as Mary Beth Zanders and her husband Dwayne Keith Zanders

resident trying to contact her and my daughter that I was knocking on their door also that I sont a small girl over to their resident to ask for my daughter to try to make contact with her and that the little girl was seen getting in a four door car up the street the officers was trying to contact me and that they come to my resident 1300 Ashwood Dr that a officer talked to me that I denied going to resident and that I stated that I let some one else use my car and while talking to me it appeared to him that I was mentally challenged at some level and became argumentative and dislike law enforcement because of conflicts in the past and that I was issued a criminal trespass order in front a police car camera and I was advice that if I went back to that property I would be arrested for criminal trespass with all do respect I never acted in any kind of rude way that may have cause a person to think eve of my actions and I never went over any one house or sont any one over a person house and a officer never issue me a criminal trespass order in front of a police car camera nor told me if I go back to a property that I would be arrested if I would have had any kind of ron in with a law official my state probation officer would have been up dated and my probation would have been terminated I would have violatedf my probation also in the term of 2009 I went to jail for Driving W / Lic. Sup/rev. Possession Of Open Container and Possession Of Marijuana the officers again wrote up a false incident report about me Possession of Marijuana the deputies never took the allege so called Marijuana to the G.B.I lab for determination of what it was and my self was never present while my auto mobile was search the officers who done the search and reports was all white officers and have beaten me up in the past at my resident or have issue me citations before and had already label me because I was known for going with a white woman by those officers and I was never brought to state court on the charges or sentence on them charges Sheriff Cullen Talton was advice and knew about the incident .

.

,

. Plaintiff's Continue STATEMENT OF FACTS ; In the term of 2012 his deputies were called to my resident at 121 Suzan Dr Warner Robins Georgia I complain about my wife forging my name on my checks and legal documents while I was in the Georgia Department Of correction the deputy who came to my resident cuss me out and threaten to take me to jail for wonted to make a complaint like that and he stated to me that my wife could sign my name on any kind of check and legal document that she wish and their wasn t any thing that I could do about it then I ask the officer to write that down in a incident report and he said that what he would ● and he explain to me to where to pick the incident report up at the officer plainly wrote it in his report given my wife permission to sign my name on any of my checks and documents that she wish to sign also in the term of 2012 my step son kicked in my front door of my resident in at 121 Suzan Dr Warner Robins Georgia while I was on the phone with the Houston County 911 operator asking for help and advice all conversation was being recorded while my step son kicked in my front door and struck me in the middle of my four head busting my fore head wide open when the arrival of the Warner Robins P.D also the Houston County Sheriff Department they let the suspect drove right pass them they didn t even try to stop the car that the guy was in they just got out their car and approach me with a smile on their faces while my head was gushing out blood both officers refuse to do a report on the incident then when they both agreed to do some thing about the incident they said that they would seek a incident report on a battery charge on the guy and for all other charges I will have to seek on my own in court and that was that Sheriff Cullen Talton was advice and knew of incident because the Sheriff Department Chief Rape tried to hide the 911 conversation of that phone call of that incident Chief Rape also looked at the incident report that the officer wrote regarding my wife forging my name on my check and the officer put it in written that give my wife permission to forge my name on any check etc with out my present .

,

,

. Plaintiff's Continue STATEMENT OF FACTS ; Also in the term of 2012 [ 11-08-2012 ] his deputies wrote up more false incidents reports that I was driving for the 10 th offense driving while

license suspended when it was only my 7 th offense and while being in the Houston County jail they refuse to feed me or let me take a shower or use the phone or have a visitation or to give me any tooth paste or deodorant  because I asked and wonted to take a warrant on the chief magistrate judge of Houston County for perjury .                                                                                                      ,
..                         { WITH ALL DO RESPECT DO NOT INCLUDE ATTACHMENT TO BE APART OF CLAIM STATEMENT OF 1983  }
                                                { PLEASE SEE ATTACHMENTS  TO  SUPPORT
CLAIM AND STATEMENT
ONLY !!!! }                                                                                  ,,,,                                ,,,,,,
,                                                                                                                                ..
,                                         The Eleventh Circuit has held that ; It is well established  in this circuit  that supervisory officials are not liable under 1983 for the unconstitutional acts of their subordinates " on the basis of respondent  superior or vicarious liability " Supervisory liability {  under 1983  ] occurs either when the supervisor personally participates in the alleged constitutional violation or when there is a causal connection between actions of the supervising official and the alleged constitutional deprivation . The causal connection can be established when history of widespread abuse puts the responsible supervisor on notice of the need to correct the alleged deprivation , and he fails to do so . The deprivation that constitute widespread abuse sufficient to notify the supervising official must be obvious, flagrant ,rampant and of continued duration , rather then isolated occurrences."
,
,
.                                It is also well establish in this circuit that a claim may be brought before  the court under 1983 in the time frame of two years  the time frame was last up dated of Plaintiff's complaint was November 8, 2012 well within the two years to file a claim in court within the court time frame to file a claim under the 1983 but how ever if the alleged  constitutional  violation  is established and a history of widespread of abuse of causal connection is  establish  putting the responsible of the courts on notice of need to correct the alleged deprivation  and the court is shown that the supervising  official personally participated in or knew about the alleged constitutional violation and  fails to correct the alleged constitution violation then the circuit of the courts retain the legal judicial to try to correct the alleged constitution deprivation  of Plaintiff claim under the 1983  the court also have legal judicial to reopen any and all cases that was filed by Plaintiff that may have been dismiss by the courts concerning the Defendant's liability obvious, flagrant, rampant and of continued  actions of supervising official and the alleged constitutional  history of widespread abuse  of any his state employees that was supervise or employed by Defendant's towards  Plaintiff .

,
,
.                        What  do you wont the court to do for you ?                                                        ,
,,
...                                I wont the court to make the defendant's pay me   $ 150.000,000 dollars one hundred and  fifty  million dollars for the the mental stress             that I have went threw over the years  for messing up my criminal back ground  witch cost me to loose my freedom for a while and for me loosen my house and  apartment for making me  homeless  and for me  attending to see  mental health doctors and going to all other  mental health services and groups and to repay medicare back for all the bills that they have paid for me regarding services that was provided for me to get the help that I needed to try to better myself in life  and I wont the court to make the Defendant's to pay to put $25,000 dollars towards the training of the united state marshal service and put $25,000 dollars towards the legal funds of the UNITED STATE JUSTICE DEPARTMENT continues funds  .

.

IN THE UNITED STAT DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

,NAPOLEON GRAY,
                    Plaintiff,

                                            CIVIL NO.

        Vs

,GOVERNOR NATHAN DEAL
,SAMUEL OLENS ATTORNEY GENERAL
,CULLENT TALTON, HOUSTON COUNTY SHERIFF
OFFICE
HOUSTON COUNTY L.E.C.DETENTION
CENTER
,HOUSTON COUNTY BOARD OF
, COMMISSIONERS
                    Defendant's

Pro se Plaintiff Napoleon Gray has filed a complaint pursuant to 42 u.s.c. 1983 ( Doc. 1
.along with a motion to proceed in forma pauperis ( Doc. 2). The document attached to the Plainti
.application show he receives monthly Social Security benefits as his only income Pursuant to 28 u
1915(a) a district court must determine whether the statement contained in a financial affidavit sati
the requirement of poverty. Martinez v. Kristi Cleaners, Inc, 364 F.3d 1305, 1307 (11 th Cir.2004).
,"{A}n affidavit will be held sufficient if it represents that the litigant, because of his poverty, is un
to pay for the court fees and cost and to support and provide necessities for himself and his
dependents."

3-13-2015

# Social Security Administration
# **Retirement, Survivors and Disability Insurance**
Important Information

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date:  December 31, 2014
Claim Number:  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HA

0020744 00185366     1 FP   .460 1224M1T2R7PN T0947
NAPOLEON GRAY
268 WESTWOOD CIRCLE
MACON GA 31206

We are writing to you about your Social Security benefits.

## **What You Should Know**

As you requested, beginning January 2015, we will send any Social Security payments to your:

- financial institution, or
- new account at the same financial institution.

If you changed accounts, you should keep the old account open until we send a payment to the new account.  It usually takes us 1 to 2 months to change where we send payments.

Please let us know right away if your address changes so we can send any future letters to your new address.  Also, let us know if you change the bank account where we send your payments.

## **What We Will Pay And When**

- You will receive $819.00 for January 2015 around February 3, 2015.

- After that you will receive $819.00 on or about the third of each month.



C                              See Next Page

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HA

## If You Disagree With The Decision

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal in writing.

- The 60 days start the day after you receive this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

- You must have a good reason if you wait more than 60 days to ask for an appeal.

- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561. You may go to our website at www.socialsecurity.gov/online/ to find the form SSA-561. You can also contact us by phone, mail, or come into an office to request the form. If you need help to fill out the form, we can help you by phone or in person.



## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-888-833-6155. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
3530 RIVERSIDE DRIVE
MACON, GA 31210

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HA                                                    Page  3 of  3

If you do call or visit an office, please have this letter with you.  It will help us answer your questions.  Also, if you plan to visit an office, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*



## CERTIFICATE OF SERVICE

,
,
NAPOLEON GRAY
,125 PALM STREET
,COCHRAN GA 31014

,
.GOVERNOR NATHAN DEAL
,206 WASHINGTON STREET , SUITE 111
,ATLANTA GA 30334

,
,SAMUEL OLENS ATTORNEY GENERAL
,40 CAPITAL SQUARE , SW
,ATLANTA GA 30334

,
,CULLENT TALTON , HOUSTON COUNTY SHERIFF OFFICE
,HOUSTON COUNTY L.E.C. DETENTION CENTER
,HOUSTON COUNTY BOARD OF COMMISSIONERS
,MICHAEL LONG COUNTY ATTORNEY
1115 CARL VINSON PKWY
,WARNER ROBINS GA 31088

3-13-2015



**GEORGIA DEPARTMENT OF CORRECTIONS**
**MACON PROBATION OFFICE**
*Crescent Building*
*543 Second St. Suite 102*
***MACON, GEORGIA***
*478/751-6092*
*FAX 478/752-1022*

Nathan Deal- Governor
Homer Bryson- Commissioner

March 10, 2015

To whom it may concern--

This letter is in reference to Mr. Napoleon Gray, DOB- 8/15/1973. Mr. Gray at this time does not have stable housing and is going from place to place staying a night here and there. Mr. Gray would benefit from stable housing and a place to call home of his own. Mr. Gray is a client of Riveredge and has been for some time and would be a great candidate of the housing program. If you have any questions of me, please feel free to call me at the number listed below.

Thank you-

Officer Brandi Harpe
Macon Judicial Circuit
543 2nd Street - Suite 102
Macon, GA. 31201
work: 706-819-3584
fax: 478-752-1022

*[Handwritten notes:]*
Refuse to sign.
3-10-15 from _____
Copy dropoff to: _____

that I Perjury under opt
of Napoleon Gray left a copy
of this letter At River Edge _____
3-10-15 and I have a copy to Lisa Roberts

*Exhibit (1)*

## Select A Case

**NAPOLEON GRAY is a party in 13 cases:**

| 1:98-cv-00030-WLS | Gray v. King | filed 02/12/98 | closed 09/18/00 |
|---|---|---|---|
| 1:98-cv-00031-WLS | Gray v. Allen | filed 02/12/98 | closed 01/31/01 |
| 1:98-cv-00032-RLH | Gray v. Marks, et al | filed 02/12/98 | closed 01/26/01 |
| 5:07-cv-00297-HL-CWH | Gray v. Burke | filed 07/31/07 | closed 08/14/07 |
| 5:07-cv-00298-WDO-CWH | Gray v. Folds et al | filed 07/31/07 | closed 08/10/07 |
| 5:08-cv-00279-HL | Gray v. Burke et al | filed 10/30/08 | closed 02/27/09 |
| 5:10-cv-00046-HL-CWH | Gray v. Doe et al | filed 02/04/10 | closed 02/08/10 |
| 5:13-cv-00103-CAR-CHW | GRAY v. DOE et al | filed 03/25/13 | |
| 5:98-cv-00158-HL | Gray v. King | filed 05/21/98 | closed 10/16/98 |
| 7:01-cv-00003-WLS-RLH | Gray, et al v. Miller | filed 01/12/01 | closed 03/15/01 |
| 7:01-cv-00005-WLS | Gray v. Richardson | filed 01/16/01 | closed 10/16/01 |
| 7:02-cv-00024-CAR | Gray v. Louise, et al | filed 03/26/02 | closed 04/02/02 |
| 7:98-cv-00072-HL-RLH | Gray v. Garner, et al | filed 09/23/98 | closed 10/02/98 |

pacer, gov

*[Notary seal: ERIN BOLLINGER NOTARY PUBLIC EXPIRES GEORGIA MAY 8/2017 BLECKLEY]*

May 8 2017



Case 5:15-cv-00087-CAR   Document 1   Filed 03/04/15   Page 14 of 88

314 (27)

## IN THE SUPERIOR COURT OF HOUSTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| STATE OF GEORGIA | ) | CRIMINAL ACTION NO. 22538, 22540, |
| VS | ) | 22541 |
| NAPOLEON GRAY | ) | |
| | ) | RULE NISI ORDER |

## ORDER

IT APPEARING that this matter having come on regularly to be heard and all evidence and arguments of counsel having been heard and considered, it having been found that he/she did, in fact, violate the terms and conditions of his/her probated sentence in the following manner:

1.   On or about April 16, 1998, committed new offense of Terroristic Threats;

2.   On or about May 4, 1998, committed new offense of Criminal Attempt to Escape, two counts of Felony Obstruction of an Officer, Aggravated Battery, and Simple Battery.

IT FURTHER APPEARING that defendant waives issuance of and service of a Rule Nisi.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED as follows:

1.   Revoke for two (2) years, suspend balance of probation, fines and fees, except restitution, which is carried over to other sentences dated this date.

SO ORDERED, this 7th day of April, 1999.
Nunc Pro Tunc to the 1st day of April, 1999.

_____
JUDGE, S.C.H.C.J.C.

PRESENTED BY:
Kelly R. Burke
District Attorney
Houston Judicial Circuit

FILED IN OFFICE, SUPERIOR COURT OF
HOUSTON COUNTY

APR 7 1999

_____ Deputy Clerk

## ARREST/BOOKING REPORT

| AGENCY ID | | |
|---|---|---|
| GA- 0760000 | 11:38:33 | |

| RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|
| B | M | 8/15/73 | GA |

**DEFENDANT NAME (LAST, FIRST, MIDDLE)**
GRAY, NAPOLEON

| AGE | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER | VISIBLE SCARS AND MARKS | HOME PHONE |
|---|---|---|---|---|---|---|---|
| 23 | 5 07 | 149 | BLK | BRO | 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 | NONE | |

**ADDRESS - NUMBER AND STREET** 329 RED FOX RUN     **CITY AND STATE** WARNER ROBINS  GA 31088     **WORK PHONE**

**ALIAS**     **DRIVERS LICENSE NUMBER**     **STATE**

**EMPLOYER**     **OCCUPATION** "SELF EMPLOYED."     **ARRESTING OFFICER** *SEE BELOW

| BOOKING OFFICERS NAME | NUMBER | FINGERPRINTED/PHOTOGRAPHED BY | NUMBER | CURRENT DATE |
|---|---|---|---|---|
| O'HEARN, WELDON | 6689 | O'HEARN, WELDON | 6689 | 10/29/96 |

| DATE OF ARREST | TIME | LOC CODE | LOCATION |
|---|---|---|---|
| 10/30/96 | 10:52 | 019 | HOUSTON COUNTY JAIL PERRY |

| OFFENSE DATE | ARRESTING AGENCY | BOOKING NUMBER | PICTURE ID NUMBER |
|---|---|---|---|
| *SEE BELOW | GA-0760000 | 96  005311 | 15403 |

| | CHARGE I.D. | COUNTS | A | 55130 | COUNTS | | B | | COUNTS | | C | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CHARGE | DRIVING WITH SUSP OR REVK LIC | | | | | | | | | | |
| | STATUTE | 40-5-121 | | | | | | | | | | |

| | AT OR NEAR SCENE | | YES | | NO | | | YES | | NO | | | YES | | NO | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OFFENSE | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | NO OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK |
| | ARREST | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK |

| | BOND AMT. | 1000 | |
|---|---|---|---|
| | BOND TYPE | PROF | |
| | RET. DATE | 12 05 96 | |
| | BOND CO. | AAA BONDING(PETE GRIFFIN) | |

| HCSO WARRANT# | |
|---|---|
| ISSUING DEPT# | |
| PROSECUTOR NAME | |
| OFFENSE DATE | 0/00/00 |
| 1ST APPEARANCE DATE | |
| ARRESTING OFFICER | BROOM, DEP K. HCSO |

**NOTES**
55130    UTC#09977

| RELEASE DATE | TIME | RELEASING OFFICER - LAST NAME | NUMBER | AGENCY RELEASED TO |
|---|---|---|---|---|
| 0 30 96 | 1200 | DEP WELDON OHEARN | 6689 | " PETE GRIFFIN. " |

**SIGNATURE OF RECEIVING OFFICIAL   X**

**LIST ANY REMARKS BELOW**

SDJ006F

## HOUSTON COUNTY DETENTION FACILITY
## BOOKING INFORMATION SHEET

DEFENDANT NAME _Gray, Napoleon_ SSN _259 26 2555_ STATE OF BIRTH _GA_

ADDRESS _329 Red Fox Run_ CITY STATE _Warner Robins, Ga_

AGE _23_ HEIGHT _5-7_ WEIGHT _149_ HAIR _BlK_ EYES _BRN_

RACE _B_ SEX _M_ DATE OF BIRTH _8-15-73_ ALIAS _____

SCARS, MARKS, TATTOOS _____

EMPLOYER _____ OCCUPATION _____

DRIVERS LICENSE NUMBER _259 26 2555_ STATE _GA_

HOME PHONE NUMBER _____ TOTAL CASH AT TIME OF ARREST $____

ARRESTING OFFICER _K. Broom_ BADGE NUMBER _3060_

DATE OF ARREST _10-30-96_ TIME OF ARREST _1052_

ARREST LOCATION _Leventh Rd / Corder Rd_

## CHARGE INFORMATION

| CHARGE | Driving w/lic Susp/Rev | | | | |
|---|---|---|---|---|---|
| STATUTE | 40-5-121 | | | | |
| COUNTS | 1 | | | | |
| UTC # | A-09977 | | | | |
| WARRANT # | | | | | |
| FELONY MISD. | | | | | |
| HOLDS | | | | | |

LIST ADDITIONAL CHARGES AND HOLDS ON REVERSE SIDE.
UPON RELEASE OF INMATE FILE FORM WITH RELEASE RECORDS MAINTAINED AT JAIL FACILITY.

HOUSTON COUNTY SHERIFF'S DEPARTMENT

CASE # _____

VEHICLE IMPOUND AND INVENTORY

P _____ L _____

DPS-32 (7/89)                        **GEORGIA**

**UNIFORM TRAFFIC CITATION, SUMMONS, ACCUSATION / WARNING**

Court Case Number        SS NR-GA 0760000        **A- 09977**
                         NCIC NO.                Citation Number

DPS-32 (7/89)                        **GEORGIA**

**UNIFORM TRAFFIC CITATION, SUMMONS, ACCUSATION / WARNING**

Court Case Number        SS NR-GA 0760000        **A- 09977**
                         NCIC NO.                Citation Number

## HOUSTON COUNTY SHERIFF'S DEPARTMENT

Upon Month __10__ (Day) __30(wed)__ (Yr.) __1996__ at __1052__  ☑ A.M. ☐ P.M.

License Class and Type __C__ State __GA__ Endorsements _____ Expires __8/15/95__

License No. __259 26 2555__

Name __GRAY__ __Napolcon__ _____
        (Last)      (First)        (Middle)

Address __325 Bel Fox Run__

City __Warner Robins__ State __GA__ Zip Code __31088__

DOB __08 15 23__ Hair __BLK__ Hgt __5-7__ Wgt __149__ Sex __M__ Eyes __BRO__

Veh. Yr. __88__ Make __BMW__ Style __3.25__ Color __BLK__

Registration No. __AAG 678__ Yr. _____ State __GA__

COMMERCIAL DRIVER LICENSE ☐ YES ☑ NO | COMMERCIAL VEHICLE ☐ YES ☐ NO | ACCIDENT ☐ YES ☑ NO

(ONE VIOLATION PER CITATION)

Within the State of Georgia, did commit the following offense: SPEEDING - Clocked by ☐ PATROL VEHICLE ☐ VASCAR ☐ RADAR (Serial # _____ Calibration/Check _____ ) at _____ MPH in a _____ zone

☐ DUI (Test Administered: ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER) DUI Test Results _____
TEST ADMINISTERED BY (If Applicable): _____

OFFENSE (Other than above) __Driving w/ susp/Revok. Lic__

In Violation of Code Section __40-5-121__ of ☑ State Law ☐ Local Ordinance

REMARKS: _____

__Serves 6-8-72/03-5-92__
__Susp at 03 5 72__

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VEHICLE INFORMATION |
|---|---|---|---|---|
| ☑ Clear | ☐ Dry ☐ Concrete | ☐ Light | ☑ Daylight | |
| ☐ Cloudy | ☐ Wet ☑ Blacktop | ☑ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice ☐ Dirt | ☐ Heavy | ☐ Other | |
| ☐ Other | ☑ Other ☐ Other | | | ☐ Hazardous Material Violation (PLACARD) |

County of __Houston__ and _____ miles _____ of (city) __Warner Robins__

on __Leverett Rd__ At or near _____ mile post _____ , or within (city) _____

at/on (secondary location) __Cordol Rd__

OFFICER (Print) __R Bloom__ Badge # __360__ Div __Patrol__

You are hereby ordered to appear in Court to answer this charge on the __06__ day of __Dec__

19 __96__ at __9:00__ ☑ AM ☐ PM in the _____ STATE _____ Court

at __202 CARL VINSON PARKWAY__

City __WARNER ROBINS__ Georgia 31088.

Pursuant to Georgia Code 19-6-11, if a drivers license is surrendered in lieu of bail, a copy of the citation shall serve as a temporary drivers license until the court date, but it shall not be valid for more than 45 days from the date the citation is issued. SERVICE: This notice shall constitute official service to you that failure to dispose of this citation as outlined above shall be deemed a violation of this code section and shall cause the designated Court in this matter to forward your drivers license to the Department of Public Safety, and there it shall be placed in suspension. The suspension shall remain in effect until such time as the designated court, in the manner prescribed, notifies the Department of Public Safety of a satisfactory disposition in this matter. (NOTE: If drivers license is not surrendered in lieu of bail, Georgia Code 40-5-56 provides for the suspension of the drivers license of a person who fails to respond to a citation to appear before a designated Court.)

LICENSE SURRENDERED IN LIEU OF BAIL ☐ YES ☑ NO  RELEASED TO _____

SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME.

SIGNATURE _____

ARRESTING OFFICER'S CERTIFICATION

The undersigned has just and reasonable grounds to believe, and does believe that the person named herein has committed the offense set forth, contrary to law

SIGNATURE _____ Badge # _____
        Signature of Arresting Officer

AUTHORIZED AND APPROVED PURSUANT TO
CODE 40-13-1 D.P.S. Reg. 570.19

VIOLATOR'S COPY

HOUSTON COUNTY SHERIFF...

CASE # _____

VEHICLE IMPOUND AND INVENTORY

P _____ L _____

DPS-32 (7/89)                    **GEORGIA**

UNIFORM TRAFFIC CITATION, SUMMONS, ACCUSATION / WARNING

SS NR-GA 0760000

A- 09977

| Court Case Number | NCIC NO. | Citation Number |

## HOUSTON COUNTY SHERIFF'S DEPARTMENT

Upon Month **10** (Day) **30 (Wed)** (Yr) **1996** at **1052** ☐ AM ☑ PM

License Class and Type **C** State **GA** Endorsements _____ Expires **081595**

License No. **759 26 2555**

Name **GRAY        NEpoleon**
(Last)        (First)        (Middle)

Address **329 Red Fox Run**

City **Warner Robins** State **GA** Zip Code **31088**

DOB **081573** Hair **BlK** Hgt **5-7** Wgt **149** Sex **M** Eyes **BRO**

Veh. Yr. **88** Make **BMW** Style **325** Color **BlK**

Registration No. **AAG 678** Yr. _____ State **GA**

COMMERCIAL DRIVER LICENSE ☐ YES ☒ NO [COMMERCIAL VEHICLE ☐ YES ☐ NO]  ACCIDENT ☐ YES ☒ NO

(ONE VIOLATION PER CITATION)

Within the State of Georgia did commit the following offense: SPEEDING - Clocked by ☐ PATROL VEHICLE ☐ VASCAR
☐ RADAR (Serial # _____ Calibration/Check _____ ) at _____ MPH in a _____ zone

☐ DUI (Test Administered: ☐ BLOOD ☐ BREATH ☐ URINE ☐ OTHER) DUI Test Results _____
TEST ADMINISTERED BY (If Applicable): _____

OFFENSE (Other than above) **Driving w/ Susp/Revoked Lic**

In Violation of Code Section **40-5-121** of ☑ State Law ☐ Local Ordinance

REMARKS: _____

_____

_____

_____

| WEATHER | (A) ROAD (B) | TRAFFIC | LIGHTING | COMMERCIAL VEHICLE INFORMATION |
|---|---|---|---|---|
| ☑ Clear | ☑ Dry ☐ Concrete | ☐ Light | ☑ Daylight | |
| ☐ Cloudy | ☐ Wet ☑ Blacktop | ☑ Medium | ☐ Darkness | ☐ Commercial Vehicle Violation |
| ☐ Raining | ☐ Ice ☐ Dirt | ☐ Heavy | ☐ Other | |
| ☐ Other | ☐ Other ☐ Other | | | ☐ Hazardous Material Violation (PLACARD) |

County of **Houston** and _____ miles _____ of (city) **Warner Robins**

on **Leisure Rd** At or near _____ mile post _____ or within (city)

at/on (secondary location) **Co-de RV**

OFFICER (Print) **K. Bloom** Badge # **3060** Div **Patrol**

You are hereby ordered to appear in Court to answer this charge on the **06** day of **Dec**
19 **96** at _____ ☑ AM ☐ PM in the _____ **STATE** _____ Court
at _____
**202 CARL VINSON PARKWAY**

Section IV Summons

City **WARNER ROBINS** Georgia 31088.
Pursuant to Georgia Code 17-6-11, if a drivers license is surrendered in lieu of bail, a copy of this citation shall serve as a temporary drivers license until the court date, but it shall not be valid for more than 45 days from the date the citation is issued. SERVICE: This notice shall constitute official service to you that failure to dispose of this citation as outlined above shall be deemed a violation of this code section and shall cause the designated Court in this matter to forward your drivers license to the Department of Public Safety, and there it shall be placed in suspension. The suspension shall remain in effect until such time as the designated court, in the manner prescribed, notifies the Department of Public Safety of a satisfactory disposition in this matter. (NOTE: If drivers license is not surrendered in lieu of bail, Georgia Code 40-5-56 provides for the suspension of the drivers license of a person who fails to respond to a citation to appear before a designated Court.)

LICENSE SURRENDERED IN LIEU OF BAIL ☐ YES ☒ NO   RELEASED TO _____
SIGNATURE ACKNOWLEDGES SERVICE OF THIS SUMMONS AND RECEIPT OF COPY OF SAME.

SIGNATURE _____

Section V Officer Certification

ARRESTING OFFICER'S CERTIFICATION
The undersigned has just and reasonable grounds to believe, and does believe, that the person named herein has committed the offense set forth contrary to law.

SIGNATURE _____ Badge # _____
Signature of Arresting Officer

AUTHORIZED AND APPROVED PURSUANT TO
CODE 40-13-1 D.P.S. Reg. 570.19

NCIC NO. SS NR-GA 0760000

A- 09977

**ISSUING DEPARTMENT COPY**

9616972

# HOUSTON COUNTY SHERIFF

CASE # _____

## VEHICLE IMPOUND AND INVENTORY

P _____    L _____

DATE: 10-30-96      TIME: 1055

YEAR: ___  MAKE: BMW      COLOR: BLK   LICENSE: AAG 6718   STATE OF ISSUE: GA

VIN: WBAAE5409J8813544

TOWED TO: Middle GA. Towing   TOWED FROM: 1001 Lovett Rd      YEAR: ___

DRIVER: Napoleon Grey

ADDRESS: Red Fox Run.

OWNER: _____

ADDRESS: _____

REASON FOR IMPOUND: Suspended License

STANDARD EQUIPMENT:

- ☑ RADIO / AM-FM
- ☐ RADAR DETECTOR
- ☐ SPARE TIRE
- ☐ JACK
- ☑ TAPE DECK
- ☐ CD / TAPE PLAYER
- ☐ SPEAKER BOX
- ☐ WRENCH
- ☐ C.B.
- ☑ ANTENNA
- ☐ BATTERY
- ☐ TOOLS
- ☐ SPEAKERS
- ☐ HUBCAPS
- ☐ CELLULAR
- ☐ OTHER

INVENTORY LIST: 1 Bic Towel 1/3 Screwdriver 1 lk Pliers
1 cassette tapes (_____)

ITEMS REMOVED BY OFFICER: None

LEFT      RIGHT      FRONT      BACK

VEHICLE CONDITION:

DRIVER'S SIGNATURE: ☑ DRIVEABLE   ☐ NOT DRIVEABLE
X _____

OFFICER'S SIGNATURE: _____  31      DATE: 10/30/96

WHITE COPY - Wrecker Co. / Jail Impound      YELLOW COPY - File      PINK COPY - Officers

| SA | GA | 0760000 | | 40-1770 |

**INCIDENT TYPE:** Terroristic Threats

COUNTS / INCIDENT CODE

**PREMISE TYPE**

| 1 HIGHWAY | 2 SVC. STATION |
| 3 CONVENIENCE STORE | 4 BANK |
| 5 COMMERCIAL | X RESIDENCE |
| 7 SCHOOL/CAMPUS | X ALL OTHER |

**EVENT**

**INCIDENT LOCATION:** 320 Red Fox Run

LOC CODE

**INCIDENT DATE:** 11-14-96  TIME:  DATE:  TIME:  TO

**STRANGER TO STRANGER:** YES ☐  NO ☐  UNK ☐

**WEAPON TYPE**

| 1 GUN | 2 KNIFE CUTTING TOOL |
| 3 HANDS/FIST, ETC. | 4 OTHER |

**COMPLAINANT:** Whittaker, Mario   **ADDRESS:** 320 Red Fox Run   **PHONE NUMBER:** 953-6040

**VICTIM**

**VICTIMS NAME:** Whittaker, Mario   RACE  SEX  AGE   **RESIDENCE PHONE:** 953-6040   **BUSINESS PHONE:** 923-5666

**ADDRESS:** 320 Red Fox Run   CENSUS TRACT   EMPLOYER OR OCCUPATION

**STUDENT?** ☐ YES ☐ NO   IF YES, NAME VICTIM'S SCHOOL

**OFFENDER**

**NAME:** Gray, Napolean   RACE: B   SEX: M   DATE OF BIRTH:   AGE:

**WANTED ☐**   **ADDRESS:** 329 Red Fox Run   CENSUS TRACT   HEIGHT   WEIGHT   HAIR   EYES

**WARRANT ☐**   CHARGES   COUNTS  OFFENSE CODE  OFFENSE/ARREST  JURIS.

**ARREST ☐**

| | 1 CITY |
| | 2 COUNTY |
| | 3 STATE |
| | 4 OUT OF STATE |
| | 5 UNKNOWN |

TOTAL NUMBER ARRESTED   ARREST AT OR NEAR OFFENSE SCENE: YES ☐ NO ☐   DATE OF OFFENSE

**VEHICLE**

STOLEN ☐   TAG NUMBER   STATE   YEAR   V.I.N.   PLATE ONLY   VIN PLATE ONLY

RECOVD ☐   YEAR   MAKE   MODEL   STYLE   COLOR

SUSPECTS ☐

MOTOR SIZE (CID)   AUTO  MAN.  SPD.   INSURED BY
TRANS. ☐

**WITNESS**

**NAMES:** Lee, Mallory   **ADDRESS:**   **PHONE NUMBER:** 742-3880

**PROPERTY**

| | VEHICLES | CURRENCY, NOTES, ETC. | JEWELRY, PREC. METALS | FURS | PROPERTY RECOVERY INFO ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | **JURISDICTION CODES** |
| RECOVERED | | | | | THEFT/RECOVERY  1 CITY |
| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC. | HOUSEHOLD GOODS | 2 COUNTY |
| STOLEN | | | | | 3 STATE |
| RECOVERED | | | | | DATE OF THEFT  4 OUT OF STATE |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL  5 UNKNOWN |
| STOLEN | | | | | |
| RECOVERED | | | | | |

**ADM.**

GCIC ENTRY ☐ WARRANT  ☐ MISSING PERSONS  ☐ VEHICLE  ☐ ARTICLE  ☐ BOAT  ☐ GUN  ☐ SECURITIES

**DRUG**

DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? ☐ YES ☐ NO
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER.
☐ 1 - AMPHETAMINE  ☐ 2 - BARBITURATE  ☐ 3 - COCAINE  ☐ 4 - HALLUCINOGEN  ☐ 5 - HEROIN
☐ 6 - MARIJUANA  ☐ 7 - METHAMPHETAMINE  ☐ 8 - OPIUM  ☐ 9 - SYNTHETIC NARCOTIC  ☐ U - UNKNOWN

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT   ☐ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED   REPORT DATE

DATE OF CLEARANCE   ☐ ADULT  ☐ JUVENILE

**NARRATIVE**

On above stated date victim reported to the Sheriff's dept that a Napolean Gray threatened to kill him. Victim stated that Mr. Gray stated that he "victim" had better not be at home at 5:10 p.m. because there was gonna out fight. Victim stated that Mr. Gray has accused him of stealing his stereo from his trailer. Victim stated he was at work.

**REPORTING OFFICER:** Cody Salmon   **NUMBER:** 06041   **APPROVING OFFICER:**   **NUMBER:**

# FAMILY VIOLENCE INCIDENT REPORT

SA ☐  GA ☐ 076 0000    V6 18 056

## EVENT

INCIDENT TYPE: *Assault*

COUNTS: 1   INCIDENT CODE:

PREMISE TYPE:
| | | | |
|---|---|---|---|
| 1 HIGHWAY | 2 | SVC STATION |
| 3 CONVENIENCE STORE | 4 | BANK |
| 5 COMMERCIAL | X | RESIDENCE |
| 7 SCHOOL CAMPUS | 8 | ALL OTHER |

INCIDENT LOCATION: 329 Red Fox Run Centreville GA    LOC CODE: 2+1

WEAPON TYPE:
| | | | |
|---|---|---|---|
| 1 | GUN | 2 | KNIFE CUTTING TOOL |
| X | HANDS/FIST ETC | 4 | OTHER |

INCIDENT DATE: 1/18/96   TIME: 0730 TO   DATE:   TIME:

COMPLAINANT: Mary Beth Crapster   ADDRESS: 329 Red Fox Run Centreville   PHONE NUMBER: 953-2812

## VICTIM

VICTIMS NAME: Mary Beth Crapster   RACE: W   SEX: F   DATE OF BIRTH:

ADDRESS: 329 Red Fox Run   RESIDENCE PHONE: 953-2812   BUSINESS PHONE: 922-7555

STUDENT: YES ☐  NO ☒   IF YES, NAME VICTIM'S SCHOOL:

## PRIMARY AGGRESSOR

NAME: Napoleon Gray   RACE: B   SEX: M   DATE OF BIRTH: 08/15/73   AGE: 23

WANTED ☐   ADDRESS: 329 Red Fox Run Centreville GA   HEIGHT: 509   WEIGHT: 200   HAIR: BLK   EYES: BRO

WARRANT ☐   CHARGES:    COUNTS:   OFFENSE CODE:   OFFENSE / ARREST: 2   JURIS:

ARREST ☐
| | |
|---|---|
| 1. CITY |
| 2. COUNTY |
| 3. STATE |
| 4. OUT OF STATE |
| 5. UNKNOWN |

TOTAL NUMBER ARRESTED: 0   GCIC ENTRY: YES ☐ NO ☐   ARREST AT OR NEAR OFFENSE SCENE: YES ☐ NO ☐✓   DATE OF OFFENSE: 1/18/96

1. WERE CHILDREN INVOLVED? ☐ YES  ☒ NO
2. WAS ACT COMMITTED WITH CHILDREN PRESENT? ☐ YES  ☒ NO
3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM: ☐ 0  ☒ 1-5  ☐ 6-10  ☐ MORE THAN 10  ☐ UNKNOWN
4. EXISTENCE OF PRIOR COURT ORDERS: ☐ YES  ☒ NO  ☐ UNKNOWN
5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES? ☒ YES  ☐ NO

### FOR THE FOLLOWING ITEMS CHECK ALL THAT APPLY

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR: ☐ 1 - FATAL INJURY  ☐ 2 - PERMANENT PHYSICAL DISABILITY  ☐ 3 - TEMPORARY DISABILITY  ☐ 4 - BROKEN BONES  ☐ 5 - GUN / KNIFE WOUNDS  ☐ 6 - SUPERFICIAL INJURIES  ☐ 7 - PROPERTY DAMAGE / THEFT  ☐ 8 - THREATS  ☒ 9 - ABUSIVE LANGUAGE  ☐ 10 - SEXUAL ABUSE  ☒ 11 - OTHER

7. POLICE ACTION TAKEN: ☐ 1 - ARREST  ☐ 2 - CITATION  ☐ 3 - SEPARATION  ☒ 4 - MEDIATION  ☐ 5 - OTHER  ☐ 6 - NONE
   IF NO ARREST MADE. WHY NOT? ☐ 1 - JUVENILE  ☐ 2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE  ☒ 3 - INSUFFICIENT PROBABLE CAUSE  ☐ 4 - OTHER REASON(S)

8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED? ☐ 1 - PHYSICAL EVIDENCE  ☒ 2 - TESTIMONIAL EVIDENCE  ☐ 3 - OTHER

9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED? ☐ YES  ☒ NO
   IF YES, INDICATE SUBSTANCE(S) USED BY PRIMARY AGGRESSOR(A) AND/OR VICTIM(V):
   A: ☐ 1 - DRUGS  ☐ 2 - ALCOHOL   V: ☐ 3 - DRUGS  ☐ 4 - ALCOHOL

10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S): ☐ 1 - PRESENT SPOUSE  ☐ 2 - FORMER SPOUSE  ☐ 3 - PARENT  ☐ 4 - CHILD  ☐ 5 - STEPPARENT  ☐ 6 - STEPCHILD  ☐ 7 - FOSTER PARENT  ☐ 8 - FOSTER CHILD  ☒ 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD.

## WITNESS

NAMES: None   ADDRESS:   PHONE NUMBER:

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT: ☐ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED

REPORT DATE: 1/18/96

DATE OF CLEARANCE:   ☐ ADULT  ☐ JUVENILE

96-3045

## NARRATIVE

Complainant stated that offender and she were in a verbal altercation and he picked up a T.V. Remote and threw it at her, hitting her on the leg.

CHECK HERE ☐ IF THIS IS A NEGATIVE REPORT FOR THE MONTH OF _____ 19__

REPORTING OFFICER: Deputy D. Vaughn   NUMBER: 2051   APPROVING OFFICER: Sgt Priest (Pri)   NUMBER: 3090

# FAMILY VIOLENCE INCIDENT REPORT

SA | GA [ 0366003 ]

**EVENT**

INCIDENT TYPE: Domestic Dispute / Terroristic Threats

COUNTS: 1
INCIDENT CODE: 2

PREMISE TYPE:
1 HIGHWAY | 2 SVC STATION
3 CONVENIENCE STORE | 4 BANK
5 COMMERCIAL | 6 ☒ RESIDENCE
7 SCHOOL CAMPUS | 8 ALL OTHER

INCIDENT LOCATION: 339 Red Fox Run Warner Robins, Ga 31088
LOC CODE:

INCIDENT DATE: 12-30-96  TIME: 1225  TO  DATE: 12-30-96  TIME: 1850

WEAPON TYPE:
1 GUN | 2 KNIFE CUTTING TOOL
3 HANDS/FIST. ETC. | 4 OTHER

**VICTIM**

COMPLAINANT: Crosbey, Mary Beth
ADDRESS: 339 Red Fox Run Warner Robins, Ga 31088
PHONE NUMBER: None

VICTIMS NAME: Crosbey Mary Beth
RACE: W | SEX: F | DATE OF BIRTH: 11-01-63

ADDRESS: 339 Red Fox Run Warner Robins, Ga 31088
RESIDENCE PHONE: None
BUSINESS PHONE: 922-3555

STUDENT: YES ☐ NO ☒   IF YES, NAME VICTIM'S SCHOOL

**PRIMARY AGRESSOR**

NAME: Gray, Nicholas
RACE: B | SEX: M | DATE OF BIRTH: 08-15-73 | AGE: 23

WANTED ☐
ADDRESS: 329 Red Fox Run
HEIGHT: 5'8" | WEIGHT: 200 | HAIR: Blk | EYES: Bro

WARRANT: ☐ CHARGES
ARREST: ☐
COUNTS: | OFFENSE CODE: | OFFENSE / ARREST: 2 | JURIS:
1. CITY
2. COUNTY
3. STATE
4. OUT OF STATE
5. UNKNOWN

TOTAL NUMBER ARRESTED: 00 | GCIC ENTRY: YES ☐ NO ☐ | ARREST AT OR NEAR OFFENSE SCENE: YES ☐ NO ☐ | DATE OF OFFENSE: 12-30-96

1. WERE CHILDREN INVOLVED? ☒ YES ☐ NO
2. WAS ACT COMMITTED WITH CHILDREN PRESENT? ☒ YES ☐ NO
3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM: ☐ 0 ☐ 1-5 ☐ 6-10 ☐ MORE THAN 10 ☒ UNKNOWN
4. EXISTENCE OF PRIOR COURT ORDERS: ☐ YES ☐ NO ☒ UNKNOWN
5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES? ☒ YES ☐ NO

## FOR THE FOLLOWING ITEMS CHECK ALL THAT APPLY

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR: ☐ 1 - FATAL INJURY ☐ 2 - PERMANENT PHYSICAL DISABILITY ☐ 3 - TEMPORARY DISABILITY ☐ 4 - BROKEN BONES ☐ 5 - GUN / KNIFE WOUNDS ☐ 6 - SUPERFICIAL INJURIES ☐ 7 - PROPERTY DAMAGE / THEFT ☒ 8 - THREATS ☒ 9 - ABUSIVE LANGUAGE ☐ 10 - SEXUAL ABUSE ☐ 11 - OTHER

7. POLICE ACTION TAKEN: ☐ 1 - ARREST ☐ 2 - CITATION ☒ 3 - SEPARATION ☐ 4 - MEDIATION ☐ 5 - OTHER ☐ 6 - NONE
IF NO ARREST MADE. WHY NOT? ☐ 1 - JUVENILE ☐ 2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE ☒ 3 - INSUFFICIENT PROBABLE CAUSE ☐ 4 - OTHER REASON(S)

8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED? ☐ 1 - PHYSICAL EVIDENCE ☒ 2 - TESTIMONIAL EVIDENCE ☐ 3 - OTHER

9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED? ☐ YES ☒ NO
IF YES, INDICATE SUBSTANCE(S) USED BY PRIMARY AGGRESSOR(A) AND/OR VICTIM(V):
A: ☐ 1 - DRUGS ☐ 2 - ALCOHOL   V: ☐ 3 - DRUGS ☐ 4 - ALCOHOL

10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S): ☐ 1 - PRESENT SPOUSE ☐ 2 - FORMER SPOUSE ☐ 3 - PARENT ☐ 4 - CHILD ☐ 5 - STEPPARENT ☐ 6 - STEPCHILD ☐ 7 - FOSTER PARENT ☐ 8 - FOSTER CHILD ☒ 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD.

**WITNESS**

NAMES: | ADDRESS: | PHONE NUMBER:

**CLEAR**

REQUIRED DATA FIELDS FOR CLEARANCE REPORT: ☐ CLEARED BY ARREST ☐ EXCEPTIONALLY CLEARED ☐ UNFOUNDED
REPORT DATE: 12-30-96

DATE OF CLEARANCE: ☐ ADULT ☐ JUVENILE

96-26113

**NARRATIVE**

Complainant stated that her and the offender had been arguing, and she wanted him to leave. She also stated that he had threatened 2 of her children, saying he was going to kill them. The 2 children were Erika Lee Dob 11-26-88,

CHECK HERE ☐ IF THIS IS A NEGATIVE REPORT FOR THE MONTH OF _____ 19___

REPORTING OFFICER: Deb Whit Stewart   NUMBER: 6699
APPROVING OFFICER: [signature]   NUMBER: 3166

G A [illegible]

# SUPPLEMENTAL REPORT

CASE NUMBER [illegible]

☒ ORIGINAL REPORT ☐ SUPPLEMENTAL REPORT PAGE [illegible] OF [illegible]

Chad Elise Lee DOB 2-6-90. After checking with Sheriff's office it was verified that the offender was out on a conditional bond, but it had been modified by Judge [illegible] to allow him to go home. After talking to the offender, he agreed to leave without further problems.

CASE STATUS: ☐ ACTIVE ☐ CLEARED BY ARREST ☐ EX. CLEARED ☐ UNFOUNDED 12-30-96

| REPORTING OFFICER | NUMBER | APPROVING OFFICER | NUMBER |
|---|---|---|---|
| Dep. Brian Stewart | 6699 | [illegible] | 3164 |

# ARREST/BOOKING REPORT

| AGENCY ID | | |
|---|---|---|
| GA- 0750000 | 11:50:15 | |

**DEFENDANT NAME(LAST, FIRST, MIDDLE):** GRAY NAPOLEAN (NMI)

**RACE:** B  **SEX:** M  **DATE OF BIRTH:** 8/15/73  **PLACE OF BIRTH:** GA

**AGE:** 23  **HEIGHT:** 5 07  **WEIGHT:** 175  **HAIR:** BLK  **EYES:** BRO  **SOCIAL SECURITY NUMBER:** 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  **VISIBLE SCARS AND MARKS:** NONE  **HOME PHONE:**

**ADDRESS - NUMBER AND STREET:** 221 WENDAN DRIVE  **CITY AND STATE:** WARNER ROBINS GA 31088  **WORK PHONE:**

**ALIAS:** NONE,  **DRIVERS LICENSE NUMBER:** SUSPENDED  **STATE:** GA

**EMPLOYER:** VISION RECORDS  **OCCUPATION:** RECORDING OFF/CONS. OFF.  **ARRESTING OFFICER:** *SEE BELOW

**BOOKING OFFICERS NAME:** ALEXANDER, SEAN  **NUMBER:** 6602  **FINGERPRINTED/PHOTOGRAPHED BY:** ALEXANDER, SEAN  **NUMBER:** 6602  **CURRENT DATE:** 1/29/97

**DATE OF ARREST:** *SEE BELOW  **TIME:**  **LOC CODE:** 019  **LOCATION:** HOUSTON COUNTY JAIL PERRY

**OFFENSE DATE:** *SEE BELOW  **ARRESTING AGENCY:** *SEE BELOW  **BOOKING NUMBER:** 97 000466  **PICTURE ID NUMBER:** 15792

## CHARGE / LOCATION / BOND

| | A | | B | | C | |
|---|---|---|---|---|---|---|
| **CHARGE I.D.** COUNTS | 5250 | COUNTS | 524 | COUNTS | 570 |
| **CHARGE** | BATTERY - DOMESTIC | | AGGRAVATED BATTERY | | CRUELTY TO CHILDREN | |
| **STATUTE** | 16-5-23.1 | | 16-5-24 | | 16-5-70 | |

**AT OR NEAR SCENE:** YES Y / NO (A) ; YES Y / NO (B) ; YES Y / NO (C)

**OFFENSE:** CITY COUNTY STATE OUT OF STATE UNK — UNK (A); UNK (B); UNK (C)

**ARREST:** CITY COUNTY STATE OUT OF STATE UNK — UNK (A); UNK (B); UNK (C)

**BOND AMT./TYPE:**

**RET. DATE:**

**BOND CO.:**

**HCSO WARRANT#:**

**ISSUING DEPT#:** 97 MW 107523 | 97 MW 107522 | 97 MW 107525

**PROSECUTOR NAME:** CPL.FUSSELL | FUSSELL, CPL. | FUSSELL, CPL.

**OFFENSE DATE:** 1/15/97 | 1/25/97 | 1/25/97
**ARREST DATE/TIME:** 1/29/97-10:05 | 1/29/97-10:05 | 1/29/97-10:05

**1ST APPEARANCE DATE:**

**ARRESTING AGENCY:** GA-0760000 | GA-0760000 | GA-0760000
**ARRESTING OFFICER:** CHUNN, ALVA | CHUNN, ALVA | BECHAM, MICHELLE

**OFFENDER TRACKING #:** 48562636 | 48562636 | 485623636

## NOTES

| 5250 | COND. BOND FOR MARY CRAPSER |
| 524 | COND. BOND CRAPSER, MARY |
| 570 | COND. ERICA LEE |

**HOLD INFO:**

**RELEASE DATE:**  **TIME:**  **RELEASING OFFICER - LAST NAME:**  **NUMBER:**  **AGENCY RELEASED TO:**

**SIGNATURE OF RECEIVING OFFICIAL X**

**LIST ANY REMARKS BELOW**
NO MEDICAL INSURANCE

SDJ006F

# ARREST/BOOKING REPORT CHARGES CONTINUED

4701332A

| DEFENDANT NAME(LAST, FIRST, MIDDLE) | DATE OF BIRTH | BOOKING NUMBER |
|---|---|---|
| GRAY, NAPOLEAN (NMI) | 8/15/73 | 97 000466 |

| CHARGE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CHARGE I.D. | COUNTS | | A | 10242 | COUNTS | B | 723 | COUNTS | C | 724 |
| CHARGE | OBSTRUCTION OF AN OFFICER, MISDEMEANOR | | | CRIMINAL DAMAGE TO PROPERTY, SECOND DEGREE | | | INTERFERENCE WITH GOVERNMENT PROPERTY | | |
| STATUTE | 16-10-24 | | | 16-7-23 | | | 16-7-24 | | |

| LOCATION | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AT OR NEAR SCENE | YES **Y** | | NO | | YES | | NO | | YES | | NO | |
| OFFENSE | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK |
| ARREST | CITY | COUNTY | STATE | OUT OF STATE | UNK ☑ | CITY | COUNTY | STATE | OUT OF STATE | UNK ☑ | CITY | COUNTY | STATE | OUT OF STATE | UNK ☑ |

| BOND | | | |
|---|---|---|---|
| BOND AMT./TYPE | | | |
| RET. DATE | | | |
| BOND CO. | | | |

| HCSO WARRANT# | | | |
|---|---|---|---|
| ISSUING DEPT# | 97 MW 107524 | 97 MW 107520 | 97 MW 107521 |
| PROSECUTOR NAME | CPL. FUSSELL | CPL. FUSSELL | FUSSELL CPL |
| OFFENSE DATE | 1/25/97 | 1/25/97 | 1/25/97 |
| ARREST DATE/TIME | 1/29/97-10:05 | 1/29/97-10:05 | 1/29/97-10:05 |
| 1ST APPEARANCE DATE | | | |
| ARRESTING AGENCY | GA-0760000 | GA-0760000 | GA-0760000 |
| ARRESTING OFFICER | CHUNN, ALVA | CHUNN, ALVA | CHUNN, ALVA |
| OFFENDER TRACKING # | 48562636 | 48562636 | 48562636 |

**NOTES**

723    COND. BOND MARY CRAPSER

| CHARGE | | | | | | | |
|---|---|---|---|---|---|---|---|
| CHARGE I.D. | COUNTS | | A | COUNTS | B | COUNTS | C |
| CHARGE | | | | | | | |
| STATUTE | | | | | | | |

| LOCATION | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AT OR NEAR SCENE | YES | | NO | | YES | | NO | | YES | | NO | |
| OFFENSE | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK |
| ARREST | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK |

| BOND | | | |
|---|---|---|---|
| BOND AMT./TYPE | | | |
| RET. DATE | | | |
| BOND CO. | | | |

| HCSO WARRANT# | | | |
|---|---|---|---|
| ISSUING DEPT# | | | |
| PROSECUTOR NAME | | | |
| OFFENSE DATE | | | |
| ARREST DATE/TIME | | | |
| 1ST APPEARANCE DATE | | | |
| ARRESTING AGENCY | | | |
| ARRESTING OFFICER | | | |
| OFFENDER TRACKING # | | | |

**NOTES**

| CHARGE | | | | | | | |
|---|---|---|---|---|---|---|---|
| CHARGE I.D. | COUNTS | | A | COUNTS | B | COUNTS | C |
| CHARGE | | | | | | | |
| STATUTE | | | | | | | |

| LOCATION | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AT OR NEAR SCENE | YES | | NO | | YES | | NO | | YES | | NO | |
| OFFENSE | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK |
| ARREST | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK | CITY | COUNTY | STATE | OUT OF STATE | UNK |

| BOND | | | |
|---|---|---|---|
| BOND AMT./TYPE | | | |
| RET. DATE | | | |
| BOND CO. | | | |

| HCSO WARRANT# | | | |
|---|---|---|---|
| ISSUING DEPT# | | | |
| PROSECUTOR NAME | | | |
| OFFENSE DATE | | | |
| ARREST DATE/TIME | | | |
| 1ST APPEARANCE DATE | | | |
| ARRESTING AGENCY | | | |
| ARRESTING OFFICER | | | |
| OFFENDER TRACKING # | | | |

**NOTES**

SDJ006P1

970/332B

# ARREST BOOKING REPORT

AGENCY ID: GA-0760000  07:29:59

| | | |
|---|---|---|
| **DEFENDANT NAME** (LAST, FIRST, MIDDLE): GRAY, NAPOLEAN (NMI) | RACE: B  SEX: M  DATE OF BIRTH: 8/15/73 | PLACE OF BIRTH: GA |

| AGE | HEIGHT | WEIGHT | HAIR | EYES | SOCIAL SECURITY NUMBER | VISIBLE SCARS AND MARKS | HOME PHONE |
|---|---|---|---|---|---|---|---|
| 23 | 5 07 | 175 | BLK | BRO | 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 | NONE | |

| ADDRESS - NUMBER AND STREET | CITY AND STATE | WORK PHONE |
|---|---|---|
| 221 WENDAN DRIVE | WARNER ROBINS  GA 31088 | |

| ALIAS | DRIVERS LICENSE NUMBER | STATE |
|---|---|---|
| NONE, | SUSPENDED | GA |

| EMPLOYER | OCCUPATION | ARRESTING OFFICER |
|---|---|---|
| VISION RECORDS | 9 | *SEE BELOW |

| BOOKING OFFICERS NAME | NUMBER | FINGERPRINTED/PHOTOGRAPHED BY | NUMBER | CURRENT DATE |
|---|---|---|---|---|
| ALEXANDER, SEAN | 6602 | ALEXANDER, SEAN | 6602 | 3/26/97 |

| DATE OF ARREST | TIME | LOC CODE | LOCATION |
|---|---|---|---|
| *SEE BELOW | | 019 | HOUSTON COUNTY JAIL PERRY |

| OFFENSE DATE | ARRESTING AGENCY | BOOKING NUMBER | PICTURE ID NUMBER |
|---|---|---|---|
| *SEE BELOW | *SEE BELOW | 97  000466 | 15792 |

**CHARGE**

| CHARGE I.D. | COUNTS | A | 524 | COUNTS | B | 570 | COUNTS | C | 723 |
|---|---|---|---|---|---|---|---|---|---|
| CHARGE | AGGRAVATED BATTERY | | | CRUELTY TO CHILDREN | | | CRIMINAL DAMAGE TO PROPERTY, SECOND DEGREE | | |
| STATUTE | 16-5-24 | | | 16-5-70 | | | 16-7-23 | | |

**LOCATION**

| AT OR NEAR SCENE | YES | NO | UNK | YES | NO | UNK | YES | NO | UNK |
|---|---|---|---|---|---|---|---|---|---|
| OFFENSE | CITY COUNTY STATE OUT OF STATE | | | CITY COUNTY STATE OUT OF STATE | | | CITY COUNTY STATE OUT OF STATE | | |
| ARREST | CITY COUNTY STATE OUT OF STATE | | | CITY COUNTY STATE OUT OF STATE | | | CITY COUNTY STATE OUT OF STATE | | |

**BOND**

| BOND AMT./TYPE | | | |
|---|---|---|---|
| RET. DATE | | | |
| BOND CO. | | | |

| HCSO WARRANT# | 97  1332 B | 97  1332C | 97  1332E |
|---|---|---|---|
| ISSUING DEPT# | 97 MW 107522 | 97 MW 107525 | 97 MW 107520 |
| PROSECUTOR NAME | FUSSELL, CPL. | FUSSELL, CPL | CPL. FUSSELL |
| OFFENSE DATE | 1/25/97 | 1/25/97 | 1/25/97 |
| ARREST DATE/TIME | 1/29/97-10:05 | 1/29/97-10:05 | 1/29/97-10:05 |
| 1ST APPEARANCE DATE | 1/30/97 | 1/30/97 | 1/30/97 |
| ARRESTING AGENCY | GA-0760000 | GA-0760000 | GA-0760000 |
| ARRESTING OFFICER | CHUNN, ALVA | BECHAM, MICHELLE | CHUNN, ALVA |
| OFFENDER TRACKING # | 48562636 | 485623636 | 48562636 |

**NOTES**

| | |
|---|---|
| 524 | COND. BOND CRAPSER, MARY |
| 570 | COND. ERICA LEE |
| 723 | COND. BOND MARY CRAPSER |
| 524 | SENT 10 YRS TO SERVE 2 YRS, JUDGE NUNN, CONCURRENT |
| 570 | TO SERVE 12 MONTHS BY JUDGE NUNN, CONCURRENT |
| 723 | DISMISSED BY JUDGE NUNN |

**HOLD INFO**

| | | |
|---|---|---|
| BIBB CO. PROB. | HOLD FOR JOYCE TODD | 1/29/97 |
| PEACH CO SO | VIOLATION OF PROBATION | 1/30/97 |
| DEPT OF CORRECTIONS | SENT BY SUP COURT | 2/07/97 |
| REL. 03-25-97 | VOP STATE CT | 2/19/97 |

| RELEASE DATE | TIME | RELEASING OFFICER - LAST NAME | NUMBER | AGENCY RELEASED TO |
|---|---|---|---|---|
| 3/26/97 | 7:30 | CHUNN, ALVA | 6615 | ED BOYD, JACKSON DCC |

SIGNATURE OF RECEIVING OFFICIAL  X

LIST ANY REMARKS BELOW
**NO MEDICAL INSURANCE**

SDJ006F

| DEFENDANT NAME(LAST, FIRST, MIDDLE) | DATE OF BIRTH | BOOKING NUMBER |
|---|---|---|
| GRAY, NAPOLEAN (NMI) | 8/15/73 | 97 000466 |

## CHARGE

| | COUNTS | A | 724 | COUNTS | B | 1101 | COUNTS | C | 1102 |
|---|---|---|---|---|---|---|---|---|---|
| CHARGE I.D. | | | | | | | | | |
| CHARGE | INTERFERENCE WITH GOVERNMENT PROPERTY | | | VIOLATION PROBATION/SUPERIOR COURT | | | VIOLATION OF PROBATION STATE COURT | | |
| STATUTE | 16-7-24 | | | | | | | | |

### LOCATION

| | YES | NO | | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|---|---|---|
| AT OR NEAR SCENE | | | | | | | | | |
| OFFENSE | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | |
| ARREST | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | |

### BOND

| | | | |
|---|---|---|---|
| BOND AMT./TYPE | | | |
| RET. DATE | | | |
| BOND CO. | | | |

| | | | |
|---|---|---|---|
| HCSO WARRANT# | 97 1332 F | 97 3527 | 97 CC 45798 |
| ISSUING DEPT# | 97 MW 107521 | 97 SD 3527 | |
| PROSECUTOR NAME | FUSSELL CPL | PEACH COUNTY | P.O. KELLI FELTON |
| OFFENSE DATE | 1/25/97 | 1/29/97 | 1/30/97 |
| ARREST DATE/TIME | 1/29/97-10:05 | 3/07/97-10:54 | 1/30/97-14:00 |
| 1ST APPEARANCE DATE | 1/30/97 | 3/07/97 | 1/31/97 |
| ARRESTING AGENCY | GA-0760000 | GA-0760000 | GA-0760000 |
| ARRESTING OFFICER | CHUNN, ALVA | CHUNN, ALVA | RAINEY, SOLOMON |
| OFFENDER TRACKING # | 48562636 | 48324651 | 48562592 |

### NOTES

| 1102 | PROS: FELTON, CCC |
|---|---|
| 724 | SENT 5 YRS TO SERVE 2 YRS, JUDGE NUNN, CONCURRENT |
| 1102 | 3 MONTHS 21 DAYS / REL.3-25-97 |

## CHARGE

| | COUNTS | A | 5250 | COUNTS | B | 10242 | COUNTS | C | |
|---|---|---|---|---|---|---|---|---|---|
| CHARGE I.D. | | | | | | | | | |
| CHARGE | BATTERY - DOMESTIC | | | OBSTRUCTION OF AN OFFICER, MISDEMEANOR | | | | | |
| STATUTE | 16-5-23.1 | | | 16-10-24 | | | | | |

### LOCATION

| | YES | NO | | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|---|---|---|
| AT OR NEAR SCENE | | | | | | | | | |
| OFFENSE | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | |
| ARREST | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | |

### BOND

| | | | |
|---|---|---|---|
| BOND AMT./TYPE | | | |
| RET. DATE | | | |
| BOND CO. | | | |

| | | | |
|---|---|---|---|
| HCSO WARRANT# | 97 1332 A | 97 1332 D | |
| ISSUING DEPT# | 97 MW 107523 | 97 MW 107524 | |
| PROSECUTOR NAME | CPL. FUSSELL | CPL. FUSSELL | |
| OFFENSE DATE | 1/25/97 | 1/25/97 | |
| ARREST DATE/TIME | 1/29/97-10:05 | 1/29/97-10:05 | |
| 1ST APPEARANCE DATE | 1/30/97 | 1/30/97 | |
| ARRESTING AGENCY | GA-0760000 | GA-0760000 | |
| ARRESTING OFFICER | CHUNN, ALVA | CHUNN, ALVA | |
| OFFENDER TRACKING # | 48562636 | 48562636 | |

### NOTES

| 5250 | COND. BOND FOR MARY CRAPSER |
|---|---|
| 5250 | DISMISSED BY JUDGE NUNN |
| 10242 | TO SERVE 12 MONTH, CONCURRENT |

## CHARGE

| | COUNTS | A | | COUNTS | B | | COUNTS | C | |
|---|---|---|---|---|---|---|---|---|---|
| CHARGE I.D. | | | | | | | | | |
| CHARGE | | | | | | | | | |
| STATUTE | | | | | | | | | |

### LOCATION

| | YES | NO | | YES | NO | | YES | NO | |
|---|---|---|---|---|---|---|---|---|---|
| AT OR NEAR SCENE | | | | | | | | | |
| OFFENSE | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | |
| ARREST | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | | CITY COUNTY STATE OUT OF STATE UNK | | |

### BOND

| | | | |
|---|---|---|---|
| BOND AMT./TYPE | | | |
| RET. DATE | | | |
| BOND CO. | | | |

| | | | |
|---|---|---|---|
| HCSO WARRANT# | | | |
| ISSUING DEPT# | | | |
| PROSECUTOR NAME | | | |
| OFFENSE DATE | | | |
| ARREST DATE/TIME | | | |
| 1ST APPEARANCE DATE | | | |
| ARRESTING AGENCY | | | |
| ARRESTING OFFICER | | | |
| OFFENDER TRACKING # | | | |

### NOTES

1601754

# FAMILY VIOLENCE INCIDENT REPORT

| SA | GA | 0760000 |

## EVENT

INCIDENT TYPE
DAMAGE TO PROPERTY #500.00
OBSTRUCTION (FELONY) #2000.00 N/B

COUNTS 1 4

PREMISE TYPE
1 HIGHWAY | 2 SVC STATION
3 CONVENIENCE STORE | 4 BANK
5 COMMERCIAL | K RESIDENCE
7 SCHOOL CAMPUS | 8 ALL OTHER

INCIDENT LOCATION
LOT#329 RED FOX RUN/WARNER ROBINS, GA.

LOC CODE

WEAPON TYPE
1 GUN | 2 KNIFE CUTTING TOOL
3 HANDS/FIST ETC. | 4 OTHER

INCIDENT DATE 02 11 96 TIME 0129 TO DATE TIME

COMPLAINANT
GUNTER, SHANNON
ADDRESS LOT#327 RED FOX RUN W/R GA.
PHONE NUMBER 953-3320

## VICTIM

VICTIMS NAME
CRAPSER, MARY BETH
RACE W SEX F DATE OF BIRTH 11 01 66

ADDRESS LOT#329 RED FOX RUN/WARNER ROBINS, GA.
RESIDENCE PHONE UNK.
BUSINESS PHONE NONE

STUDENT YES NO X IF YES, NAME VICTIM'S SCHOOL

## PRIMARY AGGRESSOR

NAME
GRAY, NAPOLEAN ($SN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)
RACE B SEX M DATE OF BIRTH 08 15 73 AGE 22

WANTED ADDRESS LOT#329 RED FOX RUN/WARNER ROBINS,GA.
HEIGHT 509 WEIGHT 225 HAIR BLK. EYES BRN.

WARRANT CHARGES
DAMAGE TO PROPERTY
OBSTRUCTION OF OFFICERS (FELONY)

COUNTS 1 4
OFFENSE CODE
OFFENSE/ARREST 2 2 / 2 2
JURIS 1 CITY 2 COUNTY 3 STATE 4 OUT OF STATE 5 UNKNOWN

ARREST X

TOTAL NUMBER ARRESTED 01 YES NO
GCIC ENTRY YES NO
ARREST AT OR NEAR OFFENSE SCENE YES X NO
DATE OF OFFENSE 02 11 96

1. WERE CHILDREN INVOLVED? X YES NO
2. WAS ACT COMMITTED WITH CHILDREN PRESENT? X YES NO
3. NUMBER OF PREVIOUS COMPLAINTS AS ADVISED BY VICTIM: 0 1-5 6-10 MORE THAN 10 X UNKNOWN
4. EXISTENCE OF PRIOR COURT ORDERS: YES NO X UNKNOWN
5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES? X YES NO

**FOR THE FOLLOWING ITEMS CHECK ALL THAT APPLY**

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR: 1 - FATAL INJURY 2 - PERMANENT PHYSICAL DISABILITY 3 - TEMPORARY DISABILITY 4 - BROKEN BONES 5 - GUN / KNIFE WOUNDS 6 - SUPERFICIAL INJURIES X 7 - PROPERTY DAMAGE / THEFT 8 - THREATS 9 - ABUSIVE LANGUAGE 10 - SEXUAL ABUSE 11 - OTHER
7. POLICE ACTION TAKEN: X 1 - ARREST 2 - CITATION 3 - SEPARATION 4 - MEDIATION 5 - OTHER 6 - NONE IF NO ARREST MADE. WHY NOT? 1 - JUVENILE 2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE 3 - INSUFFICIENT PROBABLE CAUSE 4 - OTHER REASON(S)
8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED? X 1 - PHYSICAL EVIDENCE 2 - TESTIMONIAL EVIDENCE 3 - OTHER
9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED? YES NO IF YES, INDICATE SUBSTANCE(S) USED BY PRIMARY AGGRESSOR(A) AND/OR VICTIM(V): A: 1 - DRUGS X 2 - ALCOHOL V: 3 - DRUGS 4 - ALCOHOL
10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S): 1 - PRESENT SPOUSE 2 - FORMER SPOUSE 3 - PARENT 4 - CHILD 5 - STEPPARENT 6 - STEPCHILD 7 - FOSTER PARENT 8 - FOSTER CHILD X 9 - NONE OF THE AVOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD.

## WITNESS

NAMES
GUNTER, ALLEN
UNDERHILL, LAURA
ADDRESS LOT#327 RED FOX RUN W/R GA.
110 BASSETT ST. BYRON,GA.
PHONE NUMBER 953-3320 956-3457

## CLEAR

REQUIRED DATA FIELDS FOR CLEARANCE REPORT
X CLEARED BY ARREST EXCEPTIONALLY CLEARED UNFOUNDED
REPORT DATE 02 11 96
#960 2669
DATE OF CLEARANCE 02 11 96 X ADULT JUVENILE

## NARRATIVE

ON ABOVE DATE AND TIME,I WAS DISPATCHED TO THE AREA OF THE INCIDENT AND WAS TO MEET WITH COMPLAINANT(LOT#327),NEXT DOOR TO THE INCIDENT LOCATION. AS I WAS TALKING WITH THE COMPLAINANT I COULD HEAR SOUNDS FROM THE INCIDENT LOCATION AS IF ITEMS WERE BEING THROWN AROUND.I WAS TOLD THAT THE FEMALE AND TWO CHILDREN HAD LEFT THE RESIDENCE PRIOR TO MY ARRIVAL.I THEN WENT TO THE DOOR

CHECK HERE IF THIS IS A NEGATIVE REPORT FOR THE MONTH OF _____ 19____

REPORTING OFFICER EDWARDS, KEITH H. NUMBER 6640
APPROVING OFFICER HARLOWE NUMBER 6660

**HOUSTON COUNTY SHERIFFS OFFICE**

| | |
|---|---|
| SUPPLEMENTAL REPORT | DATE 02/11/96 |
| ORIGINAL REPORT    XX | PAGE  2  OF 2 |
| DEPUTY EDWARDS, KEITH    # 6640 | SUPERVISOR SGT. HARLOW # 316 |

#960 2669

AND KNOCKED AND ANNOUNCED MYSELF.AT THAT TIME DEPUTY MCCLEESE HAD ARRIVED ON THE SCENE.I COULD HEAR A CHILD CRYING INSIDE THE RESIDENCE AND A VOICE YELLED "WHO THE FUCK IS IT".AGAIN I SAID SHERIFF DEPARTMENT OPEN THE DOOR.THE DOOR OPENED AND A BLACK MALE HOLDING A SMALL CHILD,SAID "I SAID WHAT THE FUCK YOU WANT". I TOLD HIM THAT I HAD BEEN DISPATCHED HERE DO TO A REPORT OF CHILDREN SCREAMING AND OF OTHER TYPE DISTURBANCE GOING ON INSIDE.AT THAT POINT THE SUBJECT WENT BACK INTO THE LIVING ROOM AREA,I THEN CALLED FOR DEPUTY MCCLEESE TO COME ON UP TO MY LOCATION(REAR DOOR OF INCIDENT LOCATION.)THE SUBJECT RETURNED BACK TO THE DOOR WAY WITHOUT THE CHILD.HE THEN SAID"YOU KNOW WHO I AM,IAM NAPOLEAN GRAY".I TOLD DEPUTY MCCLEESE AS HE NEARED THAT THE SUBJECT HAD A SMALL CHILD IN THERE AND THAT I HAD BEEN TOLD THE MOTHER HAD LEFT WITH TWO OF THE OLDER CHILDREN.AT THAT POINT WE TOLD THE SUBJECT WE NEEDED TO SEE THE CHILD TO BE SURE IF IT WAS OK.AT FIRST HESAID WE WERE NOT WANTED THERE AND EVERY THING WAS ALRIGHT.HE WAS AGAIN TOLD WE COULD NOT LEAVE UNTIL WE SAW THAT THE CHILD WAS OK.HE THE SAID TO "COME ON IN".ONCE INSIDE DEPUTY MCCLEESE WENT OVER TO THE CHILD AND AS HE DID S THE SUBJECT WENT WILD ON US AND BEGAN YELLING AND TELLING US TO GET OUT OF HIS HOUSE SAYING YOU HAVE FIVE SECONDS TO LEAVE THEN HE WOULD BALL UP HIS FIST AND BOW OUT HIS CHEST AS TO INDICATED VIOLENCE TOWARD US. HE THEN BEGAN TO THROW THINGS AROUND AND AT TIMES TOWARD US.I WOULD ASKED HIM ABOUT THE FEMALE AND THE OTHER CHILDREN AND HE JUST BECAME MORE HOSTILE AND MADE THREATENING ADVANCES. SGT.HARLOW WAS ADVISED OF THE SIUATION AND HAD CALLED FOR SEVERAL CITY UNITS TO ASSIST AS OUR UNITS WERE TIED UP ON OTHER CALLS.AS SGT.HARLOW ARRIVED THE FEMAL ALSO RETURNED.THE MALE SUBJECT AT THAT TIME WAS STILL IN A FULL RAGE AT OUR BE-ING THERE.AS THE OTHER RESPONDING UNITS ABRIVED(OFFICER JOHN HAVARD/WRPD)AND (OFFICER TRACY FOEDS/CENTERVILLE PD)AND(DEPUTY TINNEY/HCSO)I TOLD THE SUBJECT H WAS UNDER ARREST FOR FAMILY VIOLENCE.HE ATTEMPTED TO BACK AWAY BUT WAS UNABLE. HE BEGAN TO CURSE AND FIGHT WITH ALL OFFICERS ATTEMPTING TO SECURE HIM.ONCE HE WAS CUFFED HE BEGAN KICKING AND HEAD BUTTING THE OFFICERS.I WAS KICKED IN THE LEFT LEG ABOVE THE ANKEL.HE THEN THREW HIMSELF BACKWARD CAUSING ALL OF US TO FALL TO THE FLOOR.ONCE HE WAS AGAIN SECURE AND ON THE FLOOR LEG RESTRAINTS WERE USED AND THE SUBJECT WAS TRANSPORTED TO THE COUNTY JAIL IN PERRY.THE FOLLOWING CHARGES WERE PLACED ON THE SUBJECT BY REPORTING OFFICER.(FOUR COUNTS OBSTRUCTIO OF OFFICERS/FELONY)AND ONE COUNT OF DAMAGE TO PROPERTY FAMILY VIOLENCE.DEPUTY MCCLEESE AND DEPUTY TINNY AND SGT.HARLOW ESCORTED THE SUBJECT TO THE JAIL DO TO HIS VIOLENT NATURE TOWARD POLICE OFFICERS IN GENERAL.

# INCIDENT REPORT

9601464

| SA | GA | 0762000 |
|---|---|---|

## EVENT

**INCIDENT TYPE:** Simple Battery / Terroristic Threats or Acts (F)

**COUNTS:** 1
**INCIDENT CODE:** 1

**PREMISE TYPE:**
| 1 LIBRARY | 2 SVC. STATION |
| 3 CONVENIENCE STORE | 4 BANK |
| 5 COMMERCIAL | 6 RESIDENCE |
| 7 SCHOOL/CAMPUS | X ALL OTHER ☐ Jail |

**INCIDENT LOCATION:** HCSO Jail 2022 Kings Chapel Rd. Perry, GA. 31069
**LOC. CODE:**

**WEAPON TYPE:**
| 1 GUN | 2 KNIFE CUTTING TOOL |
| 3 HANDS/FIST, ETC. | 4 OTHER |

**STRANGER TO STRANGER:** YES ☐  NO ☒  UNK ☐

**INCIDENT DATE:** 021196  **TIME:** 0213  **TO DATE:** 021196  **TIME:** 0230

**COMPLAINANT:** Dep. Mark A. Tinney (Traffic)
**ADDRESS:** Houston County Sheriff's Office
**PHONE NUMBER:** (912) 542-2080

## VICTIM

**VICTIMS NAME:** Laws of the State of Georgia
**RACE:** **SEX:** **AGE:** **RESIDENCE PHONE:** **BUSINESS PHONE:**

**ADDRESS:**
**CENSUS TRACT:** **EMPLOYER OR OCCUPATION:**

**STUDENT?** YES ☐  NO ☒  IF YES, NAME VICTIM'S SCHOOL

## OFFENDER

**NAME:** Gray, Napolean (SSN 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)
**RACE:** B  **SEX:** M  **DATE OF BIRTH:** 081573  **AGE:** 22

**WANTED ☐ ADDRESS:** Lot #329 Red Fox Run Warner Robins, GA 31088
**CENSUS TRACT:** **HEIGHT:** 509 **WEIGHT:** 225 **HAIR:** BLK **EYES:** BRO

**WARRANT ☒ CHARGES:** Simple Battery / Terroristic Threats or Acts (F)
**ARREST ☐**
**COUNTS:** 1 1
**OFFENSE CODE:**
**OFFENSE/ARREST:** 2 2 / 2 2
**JURIS.:**
| 1. CITY |
| 2. COUNTY |
| 3. STATE |
| 4. OUT OF STATE |
| 5. UNKNOWN |

**TOTAL NUMBER ARRESTED:** 01
**ARREST AT OR NEAR OFFENSE SCENE:** YES ☒  NO ☐
**DATE OF OFFENSE:** 021196

## VEHICLE

| | TAG NUMBER | STATE | YEAR | V.I.N. | | PLATE ONLY ☐ | VIN PLATE ONLY ☐ |
| STOLEN ☐ | | | | | | |
| RECOVD ☐ | YEAR | MAKE | MODEL | STYLE | COLOR | |
| SUSPECTS ☐ | | | | | | |

**MOTOR SIZE (CID):** **TRANS.:** AUTO ☐ MAN. ☐ SPD. ☐ **INSURED BY:**

## WITNESS

**NAMES:** Dep. Tom McCleese (Patrol) **ADDRESS:** Houston County Sheriff's Office **PHONE NUMBER:** (912) 542-2080
Sgt. Tom Lilji (Jail) Houston County Sheriff's Office (912) 987-2599

## PROPERTY

| | VEHICLES | CURRENCY, NOTES, ETC. | JEWELRY, PREC. METALS | FURS | PROPERTY RECOVERY INFO ONLY |
| STOLEN | | | | | JURISDICTION CODES |
| RECOVERED | | | | | 1. CITY |
| | CLOTHING | OFFICE EQUIP. | TV, RADIO, ETC. | HOUSEHOLD GOODS | 2. COUNTY |
| STOLEN | | | | | 3. STATE |
| RECOVERED | | | | | 4. OUT OF STATE |
| | FIREARMS | CONSUMABLE GOODS | LIVESTOCK | OTHER | TOTAL | 5. UNKNOWN |
| STOLEN | | | | | | |
| RECOVERED | | | | | | |

THEFT/RECOVERY ☐   DATE OF THEFT

## ADM.

**GCIC ENTRY:** WARRANT ☐  MISSING PERSONS ☐  VEHICLE ☐  ARTICLE ☐  BOAT ☐  GUN ☐  SECURITIES

## DRUG

**DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED?** YES ☐  NO ☐
IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER.
☐ 1 - AMPHETAMINE  ☐ 2 - BARBITURATE  ☐ 3 - COCAINE  ☐ 4 - HALLUCINOGEN  ☐ 5 - HEROIN
☐ 6 - MARIJUANA  ☐ 7 - METHAMPHETAMINE  ☐ 8 - OPIUM  ☐ 9 - SYNTHETIC NARCOTIC  ☐ U - UNKNOWN

## CLEAR

**REQUIRED DATA FIELDS FOR CLEARANCE REPORT:** ☒ CLEARED BY ARREST  ☐ EXCEPTIONALLY CLEARED  ☐ UNFOUNDED
**REPORT DATE:**
**DATE OF CLEARANCE:** ☒ ADULT  ☐ JUVENILE

96-02669

## NARRATIVE

Upon arrival to the county jail Perry with offender after original incident (same case #) and while jail officers were dressing offender in a jail uniform the offender became violent again and while standing at a steel cage door of the holding cell stated "As God is my witness, I'm going to fucking kill you when I get out of here." At this time the offender spit at me, hitting my uniform shirt.

**REPORTING OFFICER:** Dep. Mark A. Tinney (Traffic) **NUMBER:** 0670
**APPROVING OFFICER:** Lt. M.D. Oldeun **NUMBER:** 549

# HOUSTON COUNTY SHERIFF'S OFFICE
## FAMILY VIOLENCE INCIDENT REPORT

SA. | GA0730000 | | CASE NUMBER 0109778

**EVENT**

INCIDENT TYPE
Stalking
Terroristic Threats or acts
Violation of Court Order (Banned from Houston County)

COUNTS: 1 / 1 / 1 | INCIDENT CODE

| | SVC. STATION |
| HIGHWAY | |
| FIELD | RANK |
| COMMERCIAL | X RESIDENCE |
| SCHOOL | ALL OTHER |

INCIDENT LOCATION
155 Elaine Dr Lot 329 Warner Robins Ga 31088 | LOC. CODE

WEAPON TYPE
| GUN | KNIFE/CUTTING TOOL X |
| HAND / FIST/FEET | OTHER |

INCIDENT DATE 6/9/01 | TIME 9:15 | TO | DATE | TIME

| ADDRESS
COMPLAINANT
Dwayne Zanders | 155 Elaine Dr Lot 329 Warner Robins Ga 31088 | PHONE NUMBER 953-0811

**VICTIM**

VICTIMS NAME
Mary Beth Crapser | RACE W | SEX F | DATE OF BIRTH 11/01/68

ADDRESS
155 Elaine Dr Lot 329 Warner Robins Ga 31088 | RESIDENCE PHONE 953-0811 | BUSINESS PHONE 328-8267

STUDENT: YES | X NO | IF YES, NAME VICTIM'S SCHOOL

**PRIMARY AGGRESSOR**

NAME
Gray, Napoleon | RACE B | SEX M | DATE OF BIRTH 8/15/73 | AGE 27

WANTED | ADDRESS
166 Lamar St. Macon Ga 31206 | CENSUS TRACT | HEIGHT 5'7" | WEIGHT 149 | HAIR Blk | EYES Bro

WARRANT | CHARGES
Pending | COUNTS | OFFENSE CODE | OFFENSE/ARREST 2 | JURIS
1. CITY
2. COUNTY
3. STATE
4. OUT OF STATE
5. UNKNOWN

ARREST

TOTAL NUMBER ARRESTED 0 | GCIC ENTRY: YES / NO | ARRESTED AT OR NEAR OFFENSE SCENE: YES / NO X | DATE OF OFFENSE 6/9/01

1. WERE CHILDREN INVOLVED? ☐ YES ☒ NO

2. WAS ACT COMMITTED WITH CHILDREN PRESENT? ☒ YES ☐ NO

3. NUMBER OF PREVIOUS COMPLAINANTS AS ADVISED BY VICTIM: ☐ 0 ☐ 1-5 ☐ 6-10 ☒ MORE THAN 10 ☐ UNKNOWN

4. EXISTENCE OF PRIOR COURT ORDERS: ☒ YES ☐ NO ☐ UNKNOWN

5. WAS VICTIM ADVISED OF AVAILABLE REMEDIES AND SERVICES? ☒ YES ☐ NO

**FOR THE FOLLOWING ITEMS CHECK ALL THAT APPLY**

6. TYPE AND EXTENT OF ALLEGED ABUSE BY THE PRIMARY AGGRESSOR: ☐ 1 - FATAL INJURY ☐ 2 - PERMANENT PHYSICAL DISABILITY
☐ 3 - TEMPORARY DISABILITY ☐ 4 - BROKEN BONES ☐ 5 - GUN / KNIFE WOUNDS ☐ 6 - SUPERFICIAL INJURIES
☐ 7 - PROPERTY DAMAGE / THEFT ☒ 8 - THREATS ☐ 9 - ABUSIVE LANGUAGE ☐ 10 - SEXUAL ABUSE ☒ 11 - OTHER

7. POLICE ACTION TAKEN: ☐ 1 - ARREST ☐ 2 - CITATION ☐ 3 - SEPARATION ☐ 4 - MEDIATION ☐ 5 - OTHER ☐ 6 - NONE
IF NO ARREST MADE, WHY NOT? ☐ 1 - JUVENILE ☒ 2 - PRIMARY AGGRESSOR WAS NOT AT THE SCENE
☐ 3 - INSUFFICIENT PROBABLE CAUSE ☐ 4 - OTHER REASON(S)

8. HOW WAS PRIMARY AGGRESSOR IDENTIFIED? ☐ 1 - PHYSICAL EVIDENCE ☒ 2 - TESTIMONIAL EVIDENCE ☐ 3 - OTHER

9. DID INVESTIGATION INDICATE THAT SUBSTANCE ABUSE WAS INVOLVED? ☐ YES ☒ NO
IF YES, INDICATE SUBSTANCE(S) USED BY PRIMARY AGGRESSOR(A) AND/OR VICTIM(V)
A: ☐ 1 - DRUGS ☐ 2 - ALCOHOL V: ☐ 3 - DRUGS ☐ 4 - ALCOHOL

10. RELATIONSHIP OF PRIMARY AGGRESSOR TO VICTIM(S): ☐ 1 - PRESENT SPOUSE ☐ 2 - FORMER SPOUSE ☐ 3 - PARENT
☐ 4 - CHILD ☐ 5 - STEPPARENT ☐ 6 - STEPCHILD ☐ 7 - FOSTER PARENT ☐ 8 - FOSTER CHILD
☒ 9 - NONE OF THE ABOVE, BUT LIVES IN SAME HOUSEHOLD OR FORMERLY LIVED IN HOUSEHOLD.

**CLEAR / WITNESS**

NAMES | ADDRESS | PHONE NUMBER

REQUIRED DATA FIELDS FOR CLEARANCE REPORT | ☐ CLEARED BY ARREST | ☐ EXCEPTIONALLY CLEARED | ☐ UNFOUNDED | REPORT DATE
DATE OF CLEARANCE | ADULT | JUVENILE

**NARRATIVE**

Date stated above R/O responded to incident location ref: Unwanted person. Upon arrival the complainant advised that the offender had departed driving a Blue Buick (Drive out tag) in a reckless manner. Complainant further stated that the offender made threats towards the residence ("I'll get my boys and come back and take over this house") The offender was recently released on parole for aggravated battery towards the above listed victim. While R/O was taking information for this report the victim called Houston E-911 and advised that the offender was at her place of employment (420 Corder R

☐ CHECK HERE IF THIS IS A NEGATIVE REPORT FOR THE MONTH OF 2000

REPORTING OFFICER
Sgt Guy C. Fussell, Jr. | NUMBER 6636 | APPROVING OFFICER
Sgt Guy C Fussell, Jr. | NUMBER 6636

# HOUSTON COUNTY SHERIFF'S OFFICE
## SUPPLEMENTAL REPORT

GA 0760000

CASE NUMBER

C1C0 __

[X] ORIGINAL REPORT          [ ] SUPPLEMENTAL REPORT          PAGE **2** OF **2**

Dispatch #2001-3481

and that he had departed driving a blue Buick.. Victim also stated that the offender told her that he would be back when she got off work. (3 pm this date) R/O obtained information and advised Houston E-911 to issue a lookout on the offender and the vehicle. R/O advised zone units to be near the area approximately 3 pm and to use extreme caution if the offender was located.

R/O being extremely familiar with the explosive nature of the offender and of his extensive past history, felt compelled to notify Houston County District Attorney Kelly Burke of the incident.

REPORT DATE
6/9/01

CASE STATUS:   [X] ACTIVE    [ ] CLEARED BY ARREST    [ ] EX. CLEARED    [ ] UNFOUNDED

REPORTING OFFICER                          NUMBER    APPROVING OFFICER                    NUMBER
Sgt Guy C Fussell, Jr.                      6636      Sgt Guy C Fussell, Jr.                6636

HOUSTON COUNTY SHERIFF'S OFFICE
SUPPLEMENTAL REPORT

GA 0760000

CASE NUMBER
010-843

[X] ORIGINAL REPORT    [ ] SUPPLEMENTAL REPORT    PAGE **3** OF **4**

Additional information: Dispatch# 2001-3481

Further information relayed to R/O by Ms. Mary Beth Crasper: Napoleon Gray has called her numerous times at her residence and at her place of employment with the latest being 6/9/01 approximately 2pm. Ms Crasper further stated that with the explosive nature of Mr. Gray she is in fear for her life.

6/9/01 at approximately 18:00 Sgt Todd Edwards of Warner Robins Police Department notified R/O that several officers had contact with Mr. Gray on Camellia Cir within the city of Warner Robins. R/O requested that officers arrest and transport Mr. Gray to Houston County Sheriff's Department in Warner Robins. Officers arrested Mr. Gray without incident and turned him over to Houston County. Mr. Gray was immediately transported to Houston County Detention Facility in Perry and turned over to Detention officers on duty.

R/O will obtain warrants for the following charges;

Aggravated Stalking        16-5-91
Harassing phone calls      16-11-39.1
Terroristic threats        16-11-37

Per Probation Officer Jim Watson a Hold was placed on Mr. Gray for pending charges..

CASE STATUS:   [ ] ACTIVE   [ ] CLEARED BY ARREST   [ ] EX. CLEARED   [ ] UNFOUNDED

REPORT DATE
6/9/01

REPORTING OFFICER _____    NUMBER    APPROVING OFFICER _____    NUMBER
Sgt. Guy C. Fussell, Jr            6636      Sgt. Guy C Fussell, Jr.           6636

# INCIDENT/INVESTIGATION REPORT

| | | Case# 09-04937 |
|---|---|---|
| **Agency Name** Houston County Sheriff's Office | | **Date / Time Reported** 02/23/2009 00:58 Mon |
| **ORI** GA0760000 | | **Last Known Secure** 02/23/2009 00:58 Mon |

**INCIDENT DATA**

| Location of Incident 1300 Ashwood Dr, Warner Robins GA 31088- | | Premise Type Home Of Victim - Single | Zone/Tract WPW, HS1 | At Found 02/23/2009 00:58 Mon | Activity |
|---|---|---|---|---|---|

| #1 | Crime Incident(s) (Com) Terroristic Threats / Intimidation 1316 F | Weapon / Tools NONE | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|
| #2 | Crime Incident (Com) Harassing Communications 5309 | Weapon / Tools | Entry | Exit | Security | Activity |
| #3 | Crime Incident ( ) | Weapon / Tools | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims 2 | Type: INDIVIDUAL (NOT A LE OFFICER) | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **V1** | Victim/Business Name (Last, First, Middle) GRAY, NAPOLEON | Victim of Crime # 1, | DOB 08/15/1973 Age 35 | Race B | Sex M | Relationship To Offender | Resident Status Resident | Military Branch/Status | |

| Home Address 125 PALM ST, Cochran, GA 31014- | | | Home Phone 478-934-4775 |
|---|---|---|---|
| Employer Name/Address UNEMPLOYED | | Business Phone 478-322-0030 | Mobile Phone 478- - |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)    O = Owner (if other than victim)    R = Reporting Person (if other than victim)

| | Type: INDIVIDUAL (NOT A LE OFFICER) | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code **V2** | Name (Last, First, Middle) GRAY, PAMELA | Victim of Crime # 1, | DOB /1966 Age 42 | Race B | Sex F | Relationship To Offender | Resident Status Resident | Military Branch/Status | |

| Home Address 1300 Ashwood Dr Warner Robins, GA 31088 | | | Home Phone |
|---|---|---|---|
| Employer Name/Address | | Business Phone | Mobile Phone |

| | Type: | | Injury: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status | |

| Home Address | | | Home Phone |
|---|---|---|---|
| Employer Name/Address | | Business Phone | Mobile Phone |

**PROPERTY**

1 = Burned    3 = Seized    5 = Recovered    6 = Damaged    7 = Stolen    8 = Misappropriated
("OJ" = Recovered for Other Jurisdiction)

| V1 # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# JENKINS, J. T. (3154) | | Supervisor CYREE, J. T. (6813) | |
|---|---|---|---|
| Invest ID# (0) | | | |
| **Status** Complainant Signature | Case Status Except Clear 02/23/2009 | Case Disposition: Ex Cl /other Patrol 02/23/2009 | Page 1 |

Printed By: SARAH,

Sys#: 309677    10/16/2014 10:39:56

# INCIDENT/INVESTIGATION REPORT

Page 2

*Houston County Sheriff's Office*

| | Case# | 09-04937 |

**Status Codes**   1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

**N A R R A T I V E**

ON THE ABOVE DATE AND TIME R/O MADE CONTACT WITH NAPOLEON GRAY. MR GRAY CAME TO THE SHERIFF DEPARTMENT AND WANTED TO FILE A COMPLAINANT AGAINST WARNER ROBINS POLICE DEPARTMENT.

MR GRAY STATED THAT HE HAD CALLED THE POLICE DEPARTMENT TO HIS FRIEND'S RESIDENCE, VERNITA RUSSELL AT 507 KING RICHARD DR IN REF TO SOME COMPUTERS. HE SAID THAT WRPD TOLD HIM THAT THE COMPUTERS WERE A CIVIL MATTER AND THAT THEY WERE NOT GOING TO TAKE THE COMPUTERS IN. HE SAID THAT THE OFFICER ON SCENE HAD CALLED SGT. ROUNDTREE AND THAT ROUNDTREE MADE THAT DECISION AND THAT THE OFFICER AND SGT. ROUNDTREE VIOLATED HIS RIGHTS AND MS RUSSELL'S SO HE CAME TO THE SHERIFF DEPARTMENT TO FILE A REPORT.

MR GRAY STATED THAT HE OWNED A RECORD LABEL AND THAT HE HAD SIGNED A MICHAEL JACKSON, SNAKINA JOSEPH TO A RECORD CONTRACT AND AT THE TIME OF THE SIGNING THEY DID NOT HAVE ANY MONEY SO THEY GAVE HIM 4 COMPUTERS. HE SAID THAT HE GAVE THE COMPUTERS BACK TO MICHAEL BECAUSE HE TERMINATED THE CONTRCT BECAUSE THEY WERE INVOLVED IN GANG ACTIVITY AND THAT HE DID NOT WANT ANY THING TO DO WITH ANY GANGS. HE SAID THAT HE DID HIS TIME AND HE WANTED TO STAY CLEAN. HE SAID THAT MICHAEL, SNAKINA AND AMBER ALL LIVED WITH MS RUSSELL AND HE ADVISED HER TO PUT THEM OUT. HE FURTHER STATED THAT THE COMPUTERS WERE DROPPED BACK OFF AT MS RUSSELL'S SO HE CALLED TO HAVE THEM PICKED UP AND THAT IS WHEN WRPD CAME OUT..

R/O THEN SPOKE WITH PAMELA GRAY. SHE SAID THAT THEY HAD BEEN RECEIVING PHONE CALLS FROM SNAKINA JOSEPH THAT IF THEY DID NOT GET THE COMPUTERS BACK THAT SHE WAS GOING TO REPORT THEM AS STOLEN AND THAT SHE AND HER GANG WOULD COME THERE AND TAKE CARE OF BUSINESS. SHE SAID THAT THE CALL CAME FROM 478-244-5418.

NAPOLEON FURTHER STATED THAT ALL THREE WERE TRYING TO SET HIM UP AND THAT HE DID NOT WANT ANY PART IN.

THE INTERVIEW WAS NOT RECORDED , BUT WAS WITNESSED BY DEPUTY D. COLLINS. R/O ADVISED MR GRAY THAT A REPORT WOULD BE FILED AND FORWARDED TO INVESTIGATIONS.

| Agency Name | INCIDENT/INVESTIGATION | | Case# | |
|---|---|---|---|---|
| *Houston County Sheriff's Office* | **REPORT** | | *09-26214* | |

**INCIDENT/INVESTIGATION REPORT**

| | |
|---|---|
| Agency Name: *Houston County Sheriff's Office* | Case# *09-26214* |
| ORI: *GA0760000* | Date / Time Reported: *09/19/2009  13:50  Sat* |
| | Last Known Secure: *09/19/2009  13:50  Sat* |
| Location of Incident: *104 Butler Ct, Warner Robins GA 31088-* | At Found: *09/19/2009  13:50  Sat* |
| Premise Type: *Home Of Victim - Single* | Zone/Tract: HS1 |

**INCIDENT DATA**

| | Crime Incident(s) | (Com) | Weapon / Tools *NONE* | | | Activity |
|---|---|---|---|---|---|---|
| #1 | *Criminal Trespass* *5707* | | Entry | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | | | Entry | Exit | Security | |

**MO**

**VICTIM**

# of Victims *1*   Type: INDIVIDUAL (NOT A LE OFFICER)   Injury:   Domestic: N

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | *ZANDERS, DWAYNE KEITH* | *1,* | /1971 Age 37 | B | M | | *Resident* | |

| Home Address | Home Phone |
|---|---|
| *104 BUTLER CT , Warner Robins, GA 31088-* | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| *SAVALOT INDUSTRIAL BLVD, MACON  (ORDER SELECTOR)* | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

**PROPERTY**

1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# *BRAINARD, R. R. (3258)* | | Supervisor *LEONARD, T. (6697)* | |
|---|---|---|---|
| Invest ID# *(0)* | | | |
| Status | Complainant Signature | Case Status *Except Clear* 09/21/2009 | Case Disposition: *Ex Cl /other Patrol* 09/21/2009   Page 1 |

Sys#: 342972

Printed By: SARAH,                                         10/16/2014 10:39:14

**INCIDENT/INVESTIGATION**
**REPORT**

| | |
|---|---|
| Agency Name | |
| *Houston County Sheriff's Office* | |
| OR1          *GA0760000* | |

Case# *12-33249*

Date / Time Reported *10/10/2012  18:15  Wed*

Last Known Secure *10/10/2012  18:15  Wed*

At Found *10/10/2012  18:15  Wed*

**INCIDENT DATA**

Location of Incident *121 Suzanne Dr, Warner Robins GA 31093-*

Premise Type *Home Of Victim - Single*

Zone/Tract HS1

| | Crime Incident(s) (Att ) | Weapon / Tools *NONE* | | | Activity |
|---|---|---|---|---|---|
| #1 | *No Offense Or Charge* *00* | Entry | Exit | Security | |
| #2 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |
| #3 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |

**MO**

**VICTIM**

# of Victims  *1*    Type:    Injury:    Domestic: N

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address    Home Phone

Employer Name/Address    Business Phone    Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

**OTHERS INVOLVED**

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:  INDIVIDUAL (NOT A LE OFFICER)    Injury: None

| Code V2 | Name (Last, First, Middle) *GRAY, NAPOLEON* | Victim of Crime # *1,* | DOB *08/15/1973* Age *39* | Race *B* | Sex *M* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address *125 Palm St  Cochran, GA 31014*    Home Phone *478-934-4775*

Employer Name/Address    *UNEMPLOYED*    Business Phone *478-322-0030*    Mobile Phone *478- -*

Type:  INDIVIDUAL (NOT A LE OFFICER)    Injury:

| Code IO | Name (Last, First, Middle) *ROBERTSON, PAMELA A* | Victim of Crime # | DOB *▓▓▓1966* Age *46* | Race *B* | Sex *F* | Relationship To Offender | Resident Status *Resident* | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|

Home Address *121 Suzanne Dr  Warner Robins, GA 31093*    Home Phone ▓▓▓▓▓

Employer Name/Address    Business Phone    Mobile Phone

**PROPERTY**

1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Officer/ID# *CUMPTON, M. P. (3274)*

Supervisor *ZIMMERMAN, M. K. (3932)*

Invest ID#   *(0)*

**Status**

Complainant Signature

Case Status *No Action*   *10/12/2012*

Case Disposition: *Ex Cl /other Patrol*   *10/12/2012*

Page 1

Sys#: 528704

Printed By: SARAH,    10/16/2014 10:38:09

# INCIDENT/INVESTIGATION REPORT
Page 2

*Houston County Sheriff's Office*

| | | | Case# | *09-26214* | |
|---|---|---|---|---|---|

| Status Codes | 1 = Burned  3 = Seized  5 = Recovered  6 = Damaged  7 = Stolen  8 = Misappropriated |
|---|---|

|   | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D |   |   |   |   |   |   |
| R |   |   |   |   |   |   |
| U |   |   |   |   |   |   |
| G |   |   |   |   |   |   |
| S |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |

Assisting Officers
*DIXSON, M.J. (6998)*

Suspect Hate / Bias Motivated:

**N A R R A T I V E**

I turned on my recording equipment in Vehicle 951 for this incident.

On 9-19-09, at 1350 hrs, I was dispatched to 104 Butler Ct reference an unwanted person. I contacted B/M Dwayne Zanders, 10-21-1971, who provided the following information: He is married and his wife had a child by Napoleon Gray, B/M, 8-15-1973, sixteen years before. Gray has threatened the wife in the past so she is afraid of him. This child is now 16. Gray has sent people over to the house before to try and establish contact. On this date, Zanders stated Gray was at the house knocking on the door and would not leave. He did not want to come out to cause a confrontation. When I arrived, Gray had departed. I gave Zanders a HODAC Domestic Violence form and told him how to go about seeking a court order against Gray.

I went to 1300 Ashwood Dr to talk with Gray. He denied being there stating he let someone else use his car. When talking with Gray, it appears he is mentally challenged at some level. He also becomes argumentative and dislikes law enforcement because of conflicts in the past. I issued him a criminal trespass order in front of my car camera for 104 Butler Court. He was told if he goes back to that property, he would be arrested for criminal trespass.

**Incident Report Suspect List**

*Houston County Sheriff's Office*

OCA: *09-26214*

| 1 | Name (Last, First, Middle)<br>*GRAY, NAPOLEON* | Also Known As | Home Address<br>*125 PALM ST*<br>*COCHRAN, GA 31014*<br>*478-934-4775* |
|---|---|---|---|

Business Address *UNEMPLOYED*
*478-322-0030,*

| DOB.<br>*08/15/1973* | Age<br>*36* | Race<br>*B* | Sex<br>*M* | Eth<br>*N* | Hgt<br>*507* | Wgt<br>*149* | Hair<br>*BLK* | Eye<br>*BRO* | Skin<br>*DBR* | Driver's License / State.<br>*055613944* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | | Model | | Color | Caliber | Dir of Travel<br>Mode of Travel | |
|---|---|---|---|---|---|---|---|---|---|

| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | VIN | |
|---|---|---|---|---|---|---|---|---|---|---|

Notes                                          Physical Char

# INCIDENT/INVESTIGATION REPORT

| | | | |
|---|---|---|---|
| **Agency Name** Houston County Sheriff's Office | | **Case#** 09-20175 | |
| **ORI** GA0760000 | | **Date / Time Reported** 07/21/2009  19:59 Tue | |
| | | **Last Known Secure** 07/21/2009  19:00 Tue | |

**INCIDENT DATA**

| Location of Incident 104 Butler Ct, Warner Robins GA 31088- | Premise Type Home Of Victim - Single | Zone/Tract HS1 | At Found 07/21/2009  19:59 Tue |
|---|---|---|---|

| | Crime Incident(s) (Com) | Weapon / Tools  NONE | | Activity |
|---|---|---|---|---|
| #1 | Stalking 1399 | Entry | Exit | Security |
| #2 | Crime Incident ( ) | Weapon / Tools | | Activity |
| | | Entry | Exit | Security |
| #3 | Crime Incident ( ) | Weapon / Tools | | Activity |
| | | Entry | Exit | Security |

**MO**

**VICTIM**

# of Victims 1    Type: INDIVIDUAL (NOT A LE OFFICER)    Injury: None    Domestic: Y

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | ZANDERS, MARY BETH | 1, | ▓▓968  Age 40 | W | F | | Resident | |

| Home Address 104 BUTLER CT , Warner Robins, GA 31088-- | Home Phone |
|---|---|

| Employer Name/Address SEASONS SPA 225 WEST PARK DR. PERRY | Business Phone | Mobile Phone |
|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**OTHERS INVOLVED**

Type:  INDIVIDUAL (NOT A LE OFFICER)    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | JUVENILE | | / /  Age | B | F | | Resident | |

| Home Address | Home Phone |
|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

Type:    Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | Home Phone |
|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

**PROPERTY**

1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# LANGE, P. H. (3245) | | | |
|---|---|---|---|
| Invest ID# NUNEZ, A. D. (3220) | | Supervisor FUSSELL, G. C. (6636) | |
| **Status** Complainant Signature | Case Status Except Clear  07/22/2009 | Case Disposition: Ex Cl /other Cid  07/23/2009 | Page 1 |

# INCIDENT/INVESTIGATION REPORT

By: SARAH,    10/16/2014 10:39

*Houston County Sheriff's Office*

Page 2

| | | | | | Case# | 09-20175 |
|---|---|---|---|---|---|---|

Status Codes   1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated

|   | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

### NARRATIVE

On 07-21-09 at about 1959 hrs I was dispatched to 104 Butler Ct and met with the victim Mrs. Mary Beth Zanders in reference to a stalking complaint. Upon arrival Mrs. Zanders stated her daughter Nikira Gray called her at about 1900 hrs and said that a man knocked on the door. Nikira answered the door and the man asked if Nikira was home. Nikira told the man that she was Nikira. The man then told Nikira to "tell your Mom that Napolean is back." The man then left in a 4 door maroon car with tinted windows.

At 1900 hrs Mrs. Zanders had arrived home when the door bell rang again. Mrs. Zanders answered the door and a young girl asked for Nikira but she pronounced her daughters name wrong. Mrs. Zanders said no one lives here by that name. The little girl then said ok and walked off. Mrs. Zanders walked out into the yard and saw the little girl run up the street and got in a black vehicle.

Mrs. Zanders` ex-boyfriend Napolean Gray has a history of violence and she is worried since he made threats in the past about harming her and her family. Mrs. Zanders was under the assumption that Mr. Gray has been banned from Houston County when he was sent to prison. I could not locate Mr. Gray to advise him to not return to this residence in the future. There is no further information at this time.

**Incident Report Suspect List**

*Houston County Sheriff's Office*

OCA: *09-20175*

| 1 | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| | *GRAY, NAPOLEON* | | *125 PALM ST* *COCHRAN, GA 31014* *478-934-4775* |

Business Address *UNEMPLOYED*  *478-322-0030*

| DOB. | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| *08/15/1973* | *35* | *B* | *M* | *N* | *507* | *149* | *BLK* | *BRO* | *DBR* | *055613944* |

Scars, Marks, Tattoos, or other distinguishing features

*Reported Suspect Detail*   Suspect Age | Race | Sex | Eth | Height | Weight | SSN

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|

Notes | Physical Char

# INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| **Agency Name** *Houston County Sheriff's Office* | | **Case#** *09-26978* |

**INCIDENT DATA**

| Field | Value |
|---|---|
| ORI | GA0760000 |
| Date / Time Reported | 09/27/2009  22:56  Sun |
| Last Known Secure | 09/27/2009  22:56  Sun |

| Location of Incident *1300 Ashwood Dr, Warner Robins GA 31088-* | Premise Type *Home Of Victim - Single* | Zone/Tract *HS1* | At Found *09/27/2009  22:56  Sun* |
|---|---|---|---|

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Information 00 | | NONE | | | | |
| #2 | Crime Incident | ( ) | Weapon / Tools | Entry | Exit | Security | Activity |
| #3 | Crime Incident | ( ) | Weapon / Tools | Entry | Exit | Security | Activity |

**MO**

## VICTIM

| # of Victims  0 | Type: | Injury: | Domestic: N |
|---|---|---|---|

| VI | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Home Address | | Home Phone |
|---|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

| Type:  INDIVIDUAL (NOT A LE OFFICER) | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| CO | GRAY, NAPOLEON | | | 08/15/1973 Age  36 | B | M | | Resident | |

| Home Address *125 Palm St  Cochran, GA 31014* | Home Phone *478-934-4775* |
|---|---|

| Employer Name/Address  *UNEMPLOYED* | Business Phone *478-322-0030* | Mobile Phone *478-* |
|---|---|---|

| Type: | | | Injury: | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Name (Last, First, Middle) | | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
| | | | | | | | | | |

| Home Address | Home Phone |
|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

## PROPERTY

1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID#  *HALL, J. R. (7030)* | | Supervisor  *ALEXANDER, P. C. (6767)* |
|---|---|---|

| Invest ID#  *(0)* | | | | |
|---|---|---|---|---|
| **Status** | Complainant Signature | Case Status *Except Clear*  09/28/2009 | Case Disposition: *Ex Cl /other Patrol*  09/28/2009 | Page 1 |

Printed By: SARAH,

Sys#: 344204

10/16/2014 10:38:56

By: SARAH;                    10/16/2014 10:38

# INCIDENT/INVESTIGATION REPORT
Page 2

*Houston County Sheriff's Office*

| Case# | 09-26978 |
|---|---|

Status Codes   1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

NARRATIVE

On September 27, 2009 at 2256 hours I, Deputy Justin Hall, responded to 1300 Ashwood Dr in reference to a complaint of damage to property. I made contact with the complainant, Mr. Nepoleon Gray, at the Sheriff Office at 202 Carl Vinson Pkwy. Mr. Gray had made his complaint to Cpl. P. Alexander at the Sheriff's Office. I responded to the Sheriff's Office to assist in the investigation.

Mr. Gray wanted a Deputy to respond to his residence at 1300 Ashwood Dr to take photographs of the damage he alleged had occurred after the Warner Robins Police Department had responded to the residence earlier this date in reference to a domestic. I gave Mr. Gray a courtesy escort back to his residence at 1300 Ashwood Dr in Patrol Vehicle # 959 and the recording equipment was active during that transport and while on scene at 1300 Ashwood Dr.

I took photographs of the alleged damage that Mr. Gray claimed was the result of "Ms. Robinson", which is the other party who lives at 1300 Ashwood Dr. The photographs are attached to this report.

End of report.

# INCIDENT/INVESTIGATION REPORT

| Agency Name | Case# |
|---|---|
| Houston County Sheriff's Office | 09-31959 |

| ORI | Date / Time Reported |
|---|---|
| GA0760000 | 11/15/2009  03:02  Sun |

| | Last Known Secure |
|---|---|
| | 11/15/2009  00:00  Sun |

**INCIDENT DATA**

| Location of Incident | | | At Found |
|---|---|---|---|
| 1868 Russell Pkwy, Warner Robins GA 31088- | Premise Type: Highway/road/street, Etc. | Zone/Tract: WP4 | 11/15/2009  00:00  Sun |

| #1 | Crime Incident(s) | (Com) | Weapon / Tools NONE | | | Activity |
|---|---|---|---|---|---|---|
| | Marijuana Poss Of 3562 | | Entry | Exit | Security | |

| #2 | Crime Incident | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| | Open Container Possession 4-3 | M | Entry | Exit | Security | |

| #3 | Crime Incident | (Com) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| | Driving W/ Lic. Susp/rev. 40-5-121 | M | Entry | Exit | Security | |

**MO**

**VICTIM**

| # of Victims: 1 | Type: LAWS OF THE STATE OF GEORGIA | Injury: | Domestic: N |
|---|---|---|---|

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | Laws Of The State Of Georgia | 1,2,3 | Age | | | | | |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

| CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim) |
|---|

| Type: | Injury: |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

| Type: | Injury: |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | Home Phone |
|---|---|
| | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

**PROPERTY**

| 1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated |
|---|
| ("OJ" = Recovered for Other Jurisdiction) |

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | PK | I | $0.00 | | 1 | 2010 BRO ,  L0WE105  GA | TOYT Tacoma | 3TMJU4GN0AM094204 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# | FUSSELL, G. C. (6636) | | |
|---|---|---|---|
| Invest ID# | WILLIAMS, J. R. (3057) | Supervisor | FUSSELL, G. C. (6636) |

| Status | Complainant Signature | Case Status Active/assn  11/15/2009 | Case Disposition: C B A /adult (m)  11/16/2009 | Page 1 |
|---|---|---|---|---|

# Incident Report Additional Name List

Houston County Sheriff's Office

OCA: 09-31959

**Additional Name List**                                                                 **Page 2**

| | NameCode/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|
| 1) | WI | 2 | LEONARD, TIMOTHY PAUL | | | | W | M |
| | Address | | 202 Carl Vinson Pkwy , Warner Robins, GA 31088- | | H: 478-542-2080 | | | |
| | Empl/Addr | | Houston County So | | B: 478-542-2080 | | | |
| | | | | | Mobile #: | | | |
| 2) | WI | 1 | SALTER, ERIC | | | | W | M |
| | Address | | 202 Carl Vinson Pkwy , Warner Robins, GA 31088- | | H: 478-542-2080 | | | |
| | Empl/Addr | | Houston County So, 202 Carl Vinson Pkwy | | B: 478-542-2080 | | | |
| | | | | | Mobile #: | | | |
| 3) | WI | 3 | WELDON, CHAD | | ▮1975 | 34 | W | M |
| | Address | | 202 Carl Vinson Pkwy , Warner Robins, GA 31088- | | H: 478-542-2080 | | | |
| | Empl/Addr | | Houston County Sheriffs Offie, 202 Carl Vinson | | B: 478-542-2080 | | | |
| | | | | | Mobile #: | | | |

*Houston County Sheriff's Office*

| | | | | | | Case# | 09-31959 |
|---|---|---|---|---|---|---|---|

| Status Codes | | 1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated | | | | | | |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*LEONARD, T. (6697),  WELDON, C.W. (6944),  SALTER, E.D. (6807)*

Suspect Hate / Bias Motivated:

NARRATIVE

Date stated above R/O along with Cpl Leonard and Dep. Salter observed the above listed vehicle sitting in the intersection of Houston Lake at Russell pkwy. The vehicle was blocking both east bound lanes of travel  (Lights green for this lane but driver not preceded thru the light) R/O activated emergency lights and preceded thru the light and took position behind the vehicle. Cpl Leonard and Dep Salter assisted. As R/O passed the drivers side to the vehicle I noticed the driver apparently slumped over slightly. As R/O approached the drivers side door to make contact the driver  attempting to start the vehicle. R/O tapped on the window and the driver acknowledged my presence. The driver was asked for a license, He produced a Ga ID card. R/O detected a strong smell of alcoholic beverage coming from the vehicle and I also noticed a 1/2 drank bottle of Miller Beer with an additional open 12 pack in the passenger side floor. The driver was asked to step out of the vehicle, (as the driver step out he was unsteady on his feet and swayed slightly)  CPL. Leonard administered a Alco sensor test (Positive results) The driver was placed under arrest for driving while suspended and after being cuffed and searched for weapons (None found) was placed in the rear seat of R/O's patrol unit. The driver was read implied consent warning and asked to submit to a chemical test of his breath (Driver agreed) the Driver was transported to Houston County Sheriff's Office on Carl Vinson and upon arrival escorted into The intox room where he was again read implied consent warning. The driver submitted to the test with results of .061 and.59.

Due to the driver being on Probation and several remarks that he made to R/O I determined that the driver needed to be transported to the Detention facility for safety reasons. The driver was then placed back in R/O's patrol unit and transported to Houston County Detention facility, charged with the violations and turned over to detention officers on duty.

The driver has a history of being arrested by  R/O and made statements that "I did him wrong" and that Kelly Burke framed him! and that he spent 14 years in prison for nothing. The driver further advised that we got him this time and that next time he would go without a fight. (Noted in Pistol as officer safety notification)

The vehicle was turned over to wrecker service on call (Central Ga towing) During the inventory of the vehicle Dep. Weldon located a paper CD case with a rolled napkin inside which contained a green leafy substance which was later identified as Marijuana. The Marijuana was turned into evidence control.

R/O verified the status of the vehicle as a rental and advised the owner as to where he could pick their vehicle.

**Incident Report Suspect List**

*Houston County Sheriff's Office*

OCA: *09-31959*

| 1 | Name (Last, First, Middle)<br>*GRAY, NAPOLEON* | | | | | Also Known As | | | | Home Address<br>*125 PALM ST*<br>*COCHRAN, GA 31014*<br>*478-934-4775* |
|---|---|---|---|---|---|---|---|---|---|---|

| Business Address *UNEMPLOYED*<br>*478-322-0030,,* |
|---|

| DOB.<br>*08/15/1973* | Age<br>*36* | Race<br>*B* | Sex<br>*M* | Eth<br>*N* | Hgt<br>*507* | Wgt<br>*149* | Hair<br>*BLK* | Eye<br>*BRO* | Skin<br>*DBR* | Driver's License / State.<br>*055613944* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel |
|---|---|---|---|---|---|---|
| | | | | | | Mode of Travel |

| VehYr/Make/Model | | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|---|

Notes                                        Physical Char

# Incident Report Related Vehicle List

*Houston County Sheriff's Office*

OCA: *09-31959*

| 1 | VehYr/Make/Model<br>*2010 TOYT, Tacoma* | Style<br>*TK* | Color<br>*BRO* | Lic/Lis<br>*L0WE105 GA 2010* | | Vin<br>*3TMJU4GN0AM094204* |
|---|---|---|---|---|---|---|

| IBR Status<br>*Impounded* | Date<br>*11/15/2009* | Location<br>*1868 RUSSELL PKWY, WARNER ROBINS GA* | | | |
|---|---|---|---|---|---|

| Condition | Value<br>*$0.00* | Offense Code<br>*18F* | Jurisdiction<br>*Locally* | State # | NIC # |
|---|---|---|---|---|---|

| Name (Last, First, Middle)<br>*\* No name \** | Also Known As | Home Address |
|---|---|---|

| Business Address | | |
|---|---|---|

| DOB. | Age<br>*0* | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|

Notes

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** *Houston County Sheriff's Office* | **Case#** *12-33795* |
| **ORI** *GA0760000* | **Date / Time Reported** *10/15/2012  10:04 Mon* |
| | **Last Known Secure** *10/15/2012  10:04 Mon* |

**INCIDENT DATA**

| Location of Incident *121 Suzanne Dr, Warner Robins GA* | Premise Type *Home Of Victim - Single* | Zone/Tract HS1 | At Found *10/15/2012  10:04 Mon* |
|---|---|---|---|

| # | Crime Incident(s) | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|
| #1 | *Battery/simple Battery - Family Violence 1311* (Com) | *PERSONAL WEAPONS (HANDS, FEET,* | | | |
| | | Entry | Exit | Security | |
| #2 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |
| #3 | Crime Incident ( ) | Weapon / Tools | | | Activity |
| | | Entry | Exit | Security | |

**MO**

## VICTIM

| # of Victims *1* | Type: INDIVIDUAL (NOT A LE OFFICER) | Injury: | | Domestic: N |
|---|---|---|---|---|

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| V1 | *GRAY, NAPOLEON* | *1,* | *08/15/1973* | *39* | *B* | *M* | | *Resident* | |

| Home Address *125 PALM ST , Cochran, GA 31014-* | Home Phone *478-934-4775* |
|---|---|

| Employer Name/Address *UNEMPLOYED* | Business Phone *478-322-0030* | Mobile Phone *478- -* |
|---|---|---|

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

| CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim) |
|---|

| Type: INDIVIDUAL (NOT A LE OFFICER) | Injury: |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| *IO* | *ROBINSON, PAMELA* | | *1960* | *46* | *B* | *F* | | | |

| Home Address *131 Gleneagle Dr  Byron, GA 31008* | Home Phone |
|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

| Type: | Injury: |
|---|---|

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| Home Address | Home Phone |
|---|---|

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|

## PROPERTY

| I = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated ("OJ") = Recovered for Other Jurisdiction) |
|---|

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Officer/ID# *LAWRENCE, H. (3281)* | | |
|---|---|---|
| Invest ID# *(0)* | Supervisor *ODOM, S. (3206)* | |

| **Status** | Complainant Signature | Case Status *Except Clear* 10/16/2012 | Case Disposition: *Ex Cl /adult (m)* 10/16/2012 | Page 1 |
|---|---|---|---|---|

# INCIDENT/INVESTIGATION REPORT
Page 2

*Houston County Sheriff's Office*

| | Case# | *12-33249* |
|---|---|---|

**Status Codes**  1 = Burned  3 = Seized  5 = Recovered  6 = Damaged  7 = Stolen  8 = Misappropriated

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| **D** | | | | | | |
| **R** | | | | | | |
| **U** | | | | | | |
| **G** | | | | | | |
| **S** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*HARPER, J. (6930)*

Suspect Hate / Bias Motivated:

## NARRATIVE

On October 10, 2012 at about 1816 hours, I arrived at 121 Suzanne Dr, Warner Robins GA. I responded in reference to the complainant wanting a Deputy Sheriff, after Warner Robins Police just left the home.

I met with a Mr. Napoleon Gray, who stated he wanted to take out a warrant on a Mrs. Pamela Robertson. He stated that she cashed a check of his in 2010, while he was in prison. The check was for $32.71 from the Warner Robins Water Dept, and he showed me a copy of the cashed check.

I then met with Mrs. Pamela Robertson, who is Mr. Gray's wife. She advised she paid all of the utility bills while he was prison, but some of the bills were still in his name. She admitted to cashing her husband's check , while he was in prison, but advised all the money paid to them was by her. I advised Mr. Gray that I would not obtain any warrant on his wife for this matter. He insisted he wanted to make a report, and I advised him where he could pick it up. Interview recorded on unit 883.

# INCIDENT/INVESTIGATION REPORT

Page 2

*Houston County Sheriff`s Office*

| | Case# | *12-33795* |

| Status Codes | 1 = Burned | 3 = Seized | 5 = Recovered | 6 = Damaged | 7 = Stolen | 8 = Misappropriated |

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*ODOM, S. (3206)*

Suspect Hate / Bias Motivated:

**N A R R A T I V E**

I was dispatched to 121 Suzanne Drive in reference to assisting Warner Robins PD with a battery already occurred. Dispatch advised that the complainant/victim that WRPD was out with wish to make contact with a deputy.

Upon arrival, I spoke with Napoleon Gray, who advised that he had been assaulted by his wife`s family and WRPD was not doing anything about. He said that his wife, Pamela Robinson, her son KeMarcus Robinson, and several other family members had come to the home after Pamela advised them that he had struck her. Mr. Gray said that Mr. Robinson struck him in the face. He said that WRPD was refusing to charge all parties on scene at the time of the assault.

I spoke to WRPD Officer Broyles who stated that he had already advised Mr. Gray that he would be pursuing charges for the Battery and that Mr. Gray would have to seek his own warrant for Criminal Trespass which he wanted. I spoke with Mr. Gray and advised him that I would also not pursue charges for Criminal Trespass on the subjects were there during the assault. Mr. Gray was asked who he wanted to complete his report and he confirmed that he wished for WRPD to handle incident. Scene was turned back over to WRPD.

# INCIDENT/INVESTIGATION REPORT

| Agency Name | Case# |
|---|---|
| Houston County Sheriff's Office | 12-36885 |

| ORI | Date / Time Reported |
|---|---|
| GA0760000 | 11/08/2012  14:53  Thu |

**Last Known Secure**  11/08/2012  14:53  Thu

| Location of Incident | Premise Type | Zone/Tract | At Found |
|---|---|---|---|
| 89 Cohen Walker Dr, Warner Robins GA 31088- | Highway/road/street, Etc. | HS2 | 11/08/2012  14:53  Thu |

**INCIDENT DATA**

| | Crime Incident(s) | (Com) | Weapon / Tools | NONE | | | Activity |
|---|---|---|---|---|---|---|---|
| #1 | Driving While License Suspended 99006 | | Entry | | Exit | Security | |
| #2 | Crime Incident ( ) | | Weapon / Tools | | | | Activity |
| | | | Entry | | Exit | Security | |
| #3 | Crime Incident ( ) | | Weapon / Tools | | | | Activity |
| | | | Entry | | Exit | Security | |

MO

**VICTIM**

# of Victims 0   Type:   Injury:   Domestic: N

| V1 | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Home Address | | Home Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Home Address | | Home Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Home Address | | Home Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

**PROPERTY**

1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | SUV | E | $0.00 | | 1 | 1996 GRN ,  PDN4850  GA | CHEV Tahoe | |
| | | | | | | | | |

| Officer/ID# | CHAPMAN, P. B. (3273) | | Supervisor | STONE, B. D. (3069) |
|---|---|---|---|---|
| Invest ID# | (0) | | | |

| Status | Complainant Signature | Case Status | Case Disposition: | Page 1 |
|---|---|---|---|---|
| | | Active/assn  11/08/2012 | Ex Cl /adult (m)  11/11/2012 | |

Sys#: 533961

Houston County Sheriff's Office

Page 2

| | Case# | 12-36885 |

**Status Codes**    1 = Burned    3 = Seized    5 = Recovered    6 = Damaged    7 = Stolen    8 = Misappropriated

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Assisting Officers**
MAYHEW, R. (6161), STONE, B.D. (3069)

Suspect Hate / Bias Motivated:

**N A R R A T I V E**

I was dispatched to the above address at above time concerning information.

Upon arrival I contacted offender, (Gray, Napoleon). Mr. Gray was sitting in the driver's seat of a 1996 Chevy Tahoe and was the only suspect in the vehicle. Mr. Gray advised he wished to file a perjury report against a judge in Houston County. When I began to ask Mr. Gray for information he began to become very agitated. I asked Mr. Gray for his driver's license, and Mr. Gray replied, "you are dismissed from my presence". I then verified that Mr. Gray's driver's license was suspended.

I asked Mr. Gray how he got to the magistrate court, and he replied, " I am not telling you anything". Mr. Gray had the keys to the vehicle on his person.

I reviewed the security footage at the magistrate court. The camera showed Mr. Gray turning off of Cohen Walker Dr into the parking lot at 1430 hours. Mr. Gray was driving the vehicle and was the only suspect in the vehicle.

Mr. Gray was handcuffed, double locked, searched, and placed in the rear seat of my patrol vehicle. Mr. Gray's vehicle was towed by Warner Robins Towing, and Mr Gray was transported to the North End Jail where he was turned over to detention deputies. Mr. Gray was issued a citation for Driving on a Suspended License.

**Incident Report Suspect List**

*Houston County Sheriff's Office*

OCA: *12-36885*

| 1 | Name (Last, First, Middle) *GRAY, NAPOLEON* | | | | | Also Known As | | | | | Home Address *125 PALM ST COCHRAN, GA 31014* *478-934-4775* |
|---|---|---|---|---|---|---|---|---|---|---|---|

| Business Address *UNEMPLOYED* *478-322-0030, ,* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| DOB. *08/15/1973* | Age *39* | Race *B* | Sex *M* | Eth *N* | Hgt *507* | Wgt *149* | Hair *BLK* | Eye *BRO* | Skin *DBR* | Driver's License / State. *055613944* |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | | Weight | | SSN | |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel | | | |
| | | | | | | | Mode of Travel | | | |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN | | | |

| Notes | Physical Char |
|---|---|

**INCIDENT/INVESTIGATION REPORT**

| | | |
|---|---|---|
| Agency Name: Houston County Sheriff's Office | Case#: 13-22514 | |
| ORI: GA0760000 | Date / Time Reported: 07/30/2013 13:14 Tue | |

Last Known Secure: 07/09/2013 22:41 Tue
At Found: 07/09/2013 22:51 Tue

**INCIDENT DATA**

Location of Incident: 98 Cohen Walker Dr, Warner Robins GA 31088-
Premise Type: Government/public
Zone/Tract: WP7

**#1** Crime Incident(s) (Com): Harassing Communications 5309 — Weapon/Tools — Entry — Exit — Security — Activity

**#2** Crime Incident ( ) — Weapon/Tools — Entry — Exit — Security — Activity

**#3** Crime Incident ( ) — Weapon/Tools — Entry — Exit — Security — Activity

**MO**

**VICTIM**

# of Victims: 1   Type: INDIVIDUAL (NOT A LE OFFICER)   Injury:   Domestic: N

**V1** Victim/Business Name: TURNER, ROBERT
Victim of Crime #: 1,   DOB: [redacted]1956   Age 57   Race W   Sex M   Relationship To Offender:   Resident Status:   Military Branch/Status:

Home Address: 2013 NORTHSIDE RD, Perry, GA 31069-   Home Phone: [redacted]95
Employer Name/Address:   Business Phone:   Mobile Phone:

VYR | Make | Model | Style | Color | Lic/Lis | VIN

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)

Type:   Injury:
Code — Name (Last, First, Middle) — Victim of Crime # — DOB/Age — Race — Sex — Relationship To Offender — Resident Status — Military Branch/Status
Home Address — Home Phone
Employer Name/Address — Business Phone — Mobile Phone

Type:   Injury:
Code — Name — Victim of Crime # — DOB/Age — Race — Sex — Relationship To Offender — Resident Status — Military Branch/Status
Home Address — Home Phone
Employer Name/Address — Business Phone — Mobile Phone

**PROPERTY**

1 = Burned  3 = Seized  5 = Recovered  6 = Damaged  7 = Stolen  8 = Misappropriated ("OJ" = Recovered for Other Jurisdiction)

VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number

Officer/ID#: CARRICK, D. E. (6672)
Invest ID#: CARRICK, D. E. (6672)
Supervisor: HOLLAND, J. F. (3014)

**Status**  Complainant Signature
Case Status: Except Clear 08/02/2013
Case Disposition: Ex CI /other Cid 08/02/2013
Page 1

Sys#: 576727
Printed By: SARAH,   10/16/2014 10:37:07

INCIDENT/INVESTIGATION REPORT

By: SARAH,                    10/16/2014 10:37

Page 2

*Houston County Sheriff's Office*

Case#   *13-22514*

Status Codes   1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:

NARRATIVE

On 7/30/13 I spoke with Robert Turner concerning harassing communications he was receiving at his office.

## Incident Report Suspect List

*Houston County Sheriff's Office*

OCA: 13-22514

| 1 | Name (Last, First, Middle)<br>GRAY, NAPOLEON | Also Known As | Home Address<br>125 PALM ST<br>COCHRAN, GA 31014<br>478-934-4775 |
|---|---|---|---|

Business Address UNEMPLOYED
478-322-0030, ,

| DOB.<br>08/15/1973 | Age<br>39 | Race<br>B | Sex<br>M | Eth<br>N | Hgt<br>507 | Wgt<br>149 | Hair<br>BLK | Eye<br>BRO | Skin<br>DBR | Driver's License / State.<br>055613944 |
|---|---|---|---|---|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | | Model | | Color | | Caliber | Dir of Travel<br>Mode of Travel | |
| VehYr/Make/Model | | Drs | Style | | Color | | Lic/St | | | VIN | |

Notes                                              Physical Char

*purjury, that I'm on no kind of drugs*
*or achol when I request the informato,*
*of the best*
*of my ability*

# HOUSTON COUNTY SHERIFF'S OFFICE
## OPEN RECORDS REQUEST FORM

Your Name: *Napoleon Gray*

Address: *105 Palm Street cochran Ga*

Phone: *478 934-4775*                      *3/10/14*

Please identify the records you are seeking.  BE SPECIFIC.  If your request is detailed and specific, it will aid us to retrieve the requested records quickly and completely.  Please be advised that some records may not be released due to a privacy law or statute that prohibits their release.

*I wont all incident reports*
*that was done by the houston*
*county sheriff nepuew officer*
*from 2012 to 2013 I wont a copy*
*of a extredition order that was*
*issue from broward county Florida*

Please send this request to:    Houston County Sheriff
c/o Records Division
202 Carl Vinson Pkwy
Warner Robins, GA 31088

*Brandi Denrord cubo*

[Notary seal: BRANDI DENNARD CLIFTON, MY COMMISSION EXPIRES DECEMBER 5, 2016, NOTARY PUBLIC, HOUSTON COUNTY, GEORGIA]

Signature: *Napol Gray*

Date: *10 - 10 - 2014*

**Please be advised that in accordance with the Georgia Open Records Act, you will be assessed** a $.25 per **page copy fee in order to have the copies of any information that you request. You will also be charged the hourly rate of the employee who retrieves and copies these documents beyond the fifteen (15) free minutes allowed by statute. You will be notified of any charges incurred by this Request by the Office of Legal Affairs.**

*Will be ready in 3 working day.*

*S. Middlebrooks*

Form Date:  01/01/2012

I want ~~a~~ copy of a

~~warn~~ warrant for vilation

of probation and bail Jumping

I want a copy of the

warrant that was tooken on

me in 1997 for the assult

on Dupty ~~pernell~~ pernell at the

Hooston County Jail in perry

georgia a copy of a woorrant

and innciordent report of a

attempted to escape and

aggraueted battery on officer

that was committed in the

tearm of April 1997 at

the hooston County Jail I want

also all incident report that

was done on me from 1995

~~~~ for terrictrist threat 1995

in 1999 or 1998 thieat and act

Hello my name is Napolean
Gray Im written this letter and Im
personally taken it to macon georgia
to hand deliver it to a united state
marshal at the federal court house
n macon georgia the federal court
house for the middle District of
georgia macon georgia Division
Im notifying the united state
marshal service to give my letter
to the united state District attorne,
michale Moore with the followin,
documents I was given this
police report with the good
attention of seeking a warront
on all the above But after I
was given this report I was
advice to leave out of the
touston County sheriff department

(a) As soon as I get
my police report it was plainly
advice to me with the comment
of the superviser invester gotor
next in chorge who advice the
investigator officer who was taken
the report to make it short with
the present of the Super viser of
the investigator potrol unit D.T
Ronnie Harlowe who is the Houston
county sheriff Cullen talton right
hand man reading the print out
of all names on report who also
advice to in a comment that my
side is waiting for me he had
also took the time out while I
was in the back taken my report
he had ♥ personaly enter the

(3) 1obby of the Houston
County Sheriff office and started
interigatin by asking question to
the person that brought me up
to the sheriff depart ment like
whats his name and where he
was from I knew that was
happen while I was in the back
when D.T. Ronnie Harlowe
came to the back where I was
and stated to me Napoleon your
ride is waiting on you and he
's ready to go and you and he
Nont him to leave you don't
stated to leave you so I
if my ride leave me Im sure
the Georgia Depart ment of
Correction probation officer super
viser will make sure I be house
some where or get home

(4) that was the beginning of
that conversation and that was
when I was advice of when
I get my police report that
I need to get out of the
Houston County sheriff office But
I knew what the statement meant
I was not scared I felt no
emotion But I respect my friend
who brought me to Houston County
and for his safety I said
nothing smart or said any thing
that may have been sounded as
dis respectful to the Law enforcers
officers For that reason I had
called the federal court house
in macon georgia and left words
to a John Doe who I never

(5) brought up yes what I was doing and I never brought up any legal issues up to who I never saw and I never gave or recived any gift or was given or gave a promise to do or to do for anything and I have never been under inflance of drugs or alcohol when ever I talk to John Doe and by the state of Georgia law their is no law in the state of Georgia that can make me testify or release John Doe name for being the reason of my saftey or John Doe saftey and our family and friends and Co Workers saftey

6

I Called John Doe at the
federal court house in macon ga
as soon as I was told at
the houston county Maistriate
court house on cohen walker dr
in Warner Robins ga In the
present of cheif mogistrate Judge
Bob turner that I couldn't seek
a warrant on any one with out
a police report and paying 20$
dollars on each person I stated
to the John Doe could they call
a officer to take my report and
John Doe stated to me no and if
I want to call a officer that I
need to step outside the court
house to call one to the area
or go to the sheriff department

1) then I stated when I get my police report why do I have to pay $20 dollars right then I was told that I had to go before the magistrate court Judge in the pass to see would he issue a warrant before paying my $20 dollars John Doe told me no that I must get a police report and then pay $20 dollars first then a deputy sheriff that was in the front at the desk come in and John Doe from the warrant Division speak by saying continue to police report the officers would probbly do the rest for you then the deputy sheriff

As that letter the back stated
to me Napoleon you must leave
now becouse you are getting laid
with John Doe

respect I knew now with all do
sherff ment I what that deputy
felt no emotions wasn't scared I

But for the saftey
of my friend who had brought me
to houston county to the mastriate
court in Worner Robins

deputy order becouse I follower the
one of the same deputy she was
in the team of november that
when her co worker 2012
working along the side stold
500 dollars out my truck
1996 youkon.

9) when I was arrested at the same location for driven with out licensen it was said that officer ~~Michael Dinson~~ michael Dinson and others watch a video of me driven my yukon into the court parking lot and that I had the cys on me

With all do respect I inform sheriff fulton and chef Rape and patrolman & D.T superviser Ronnie tallowe

that out my truck officer took my money do was the same thing they did to arrest me look at the courts video camerie

But what I didn't fell them at that time that that truck was in ~~fed~~ federal Bankrupcy

(1) which by law meant if was federal property which also meant I ~~xxxx~~ ~~xxxx~~ could have access to that truck keys etc which also I didn't tell them ~~xx~~ I also really driven that truck if was sitting down the road on side the road because it had over heated and the ~~xx~~ ins company had dispach a wrecker to the location of that truck and me ~~xx~~ its ~~xxxxx~~ called road side service and that was done 40 minutes earlyer so theinfo I had so I let to stay with the vehickle with his the real driver leave ~~xxxx~~ friend after they whe & walked to and enter the courthouse and inform me the whos whats and where of the courthouse Houston County the ~~xxxxxxx~~ mastriate court house

(11) the truck we where in had cut off but after the driver had left and sitting for a while I was trying to get to that court house before it closed so I tryed the truck if crook up it was knocking but I wanted to get my truck off side of the road and make it to that court house before it close and that what I did becouse as soon as my truck got near that courthouse it had ran hot and cut off so I let it coast in the court parking lot right under the court cameries so it can get a nice BiG VEIW

(a) you see some time we
must be punished to try to get
Justice to make sure our federal
and State legal Juridiction is upheld
to make sure that our civil rights
or not vilated in this state or
this country so many presidents
has died to try to upheld this
constitution right called the right
to not be harm in this country
so many people has lost their life
threw out the years not only the
Well known civil right leaders such
as M.L. King Malcom X and many
more black leaders No! sir Just
ike the pass civil rights "black" leaders
many lost their life it was also
alot of white civil rights leaders
that lost their life the freedom
riders that come threw georgia
the sit ins to all whites
restrants.

(13) the matching fight — bomb to its capital the car poolin the march in washington D.C infront of our national capital the white house I can go on and on these Events accured with team work with the white and blacks and the blue and greens etc I stated to all yall today don't let these pass civil right — people mission to make sure that every unifed State Citizen Civil rights in this country is upheld the right to not be harm" 'Like the former governor of georgia that met the president of the White house at 1:30 in the morining and stated to the president if time to make a change in georgia " It's time to make a change" At 1:30 time in the morning " 1:30 Am

(1) It's election time in georgia Everybody is talking about what they can do for georgia people and how they can make Jobs or made Jobs Man please What good is makeing Jobs when every one knows that the Jobs Were made by most that georgia citizens are being mis used abuise being mis conduct in the Job title and position and capacity and most by a state goverment official which meant ~~~~ ~~~~ the governor of the states knew the above but failed the aboved but failed to

1) correct the issues that meant for years the state governors along with their side kicks the state attorney generals hid all these abused for years not only for one state but for all " all anyone has to do is cut on the tv and watch the news like major stories the shooting to death ~~~~ of that brown guy in Fergaines by a police officers the shooting the death ~~~ of a guy in Savannah Georgia in new Jersey etc the beating ~~~ of a lady on the Highway in California you see our us District Attorney in Washington D.C made a speech on tv world wide and also our president live on tv

y'all made a speech
and a committ y'all guys done
this on world wide news to
every one in the united states
I want to make one request
from y'all guys But first I
like to say to you mr president
soon you will be leaving office
Sir you did your Job not
because you were block no sir
you did your Job because you
Were elected to be our president
you Just didn't do it alone
you did it with the team work
~~of~~ vice president and all your staff
you see mr president I have
been following you for years
from the first time you were
flected to Cotching Ban laden

17) the second time you
Were reelected to winning the state
of florida votes No not because
you were black to where you
shot the federal goverment you
man you shot the federal down
goverment down for the federal
Now Sir with for 3 days
you made a lot all do respect
womens mad because angry
get their food stamp they
if you made those and I didn't
mad you made those black womens
other racist mad most of the
you don't do in also its one thing
mess with this country don't
Oh NO So Sir the food stamp budget
to our Next president pass that
Loc'' I thank you ok; loc along
Staff for the law that and your
get life insurce before help me
yall

get life insaurce becouse I was couldn;t
a high risk with me being
allegde as being mental i'll and
taken anti depress medication and
having high blood pressure thank
you sir and your staff I have
follower you all the way to where
you got all the world leaders
to come together to unity to
fight issi together becouse they
were the world biggest threat
mr president your leadership your
action along with your
were my supporting you staff
you will be group But
and our next elected soon
will probbly bring in office president
staff which would their own
would probbly get a new we
mean

in united state attorney
general which meant our united
state attorney general in Georgia
and our united state district
attorney mr Michale moore in
macon georgia for the middle
district of georgia Will change
Mr president and mr united state
district attorney I'm going to die
one day I'm label but I'm not
scared I Know too much I t.
Look me years to plan and gathering
documents and meeting people and
getting the right contacts what was
done to me was done in public
and I reverse it 18 years later
from watching tus shows as
48 hours cold cases and crimen
mines and American stupid
crooks and Just watching
the local and world wide news

(2) mr president and the united State district attorney and the united State District of attorney for Georgia and the unite state District attorney for the middle District of Georgia mr nichole moore " Guys I'm harmless I cant and I will not say that others are Here is the list of names and the documents But the list get longer So I will be going back to houston county to the sheriff Department and to the record department of the police department in houston County

Now those old guys in houston County are blind they can't see in no direction they think they are smart Look at date on incident Report

(a) 2015 2014 now
I gave them a copy of
all documents that I'm given
yall or showing yall so
today I'm going to Houston
county sheriff Department to
take a police report on that
officer for purjury on his
incident/investigation report
because the documents that
was token are ~~notiorized~~
notiorized ~~under~~ under
oat so their for they ain't
he or she say so" and are
legal documents and can be
allowed in any court room
as evidence

② While I'm in Houston County at the sheriff department I will take a incident investigation report in seeking a warrent on Kelly R Burke Judge George F Nunn Jr sheriff Cullen talton, and cheif rape Everette and, Rocky Terry Fellow, Authur Crequi. For mis conduct of the color of law their State Ja title and capacity and for mrxster maineing to committ murder while pre-mateing the proceedure sing

SD united state District
Attorney a united state marshal
will put this letter in your hand
like I did with a copy fax to
the governor of Georgia mr
nathan deal and a lot of tv
news stations and news paper
companys and Commissione, of
DOC Brian owens and to mr
Hofer of the buzz unif

the purpos
of me going to houston County
is to get my incident reports
tone

to Every reaction come a
reaction if can be good or bad
mr moore call your BOSS
before they make the wrong reaction
I pass every one of your teste
now pass your own me and you
understand each other mr mole
Game over? man,

| Agency Name | INCIDENT/INVESTIGATION | | Case# |
|---|---|---|---|
| Houston County Sheriff's Office | REPORT | | 14-32939 |

ORI **GA0760000**

Date / Time Reported **10/09/2014 15:46 Thu**
Last Known Secure **10/09/2013 15:47 Wed**
At Found **10/09/2013 15:47 Wed**

**INCIDENT DATA**

Location of Incident **202 Carl Vinson Pkwy, Warner Robins GA**
Premise Type **Courthouse / Perry**
Zone/Tract **HS1**

#1 Crime Incident(s) (Com) **Perjury 5003** — Weapon / Tools **NONE** — Entry / Exit / Security — Activity

#2 Crime Incident (Com) **Identity Theft 99006** — Weapon / Tools — Entry / Exit / Security — Activity

#3 Crime Incident ( ) — Weapon / Tools — Entry / Exit / Security — Activity

**MO**

**VICTIM**

# of Victims **1** Type: **INDIVIDUAL (NOT A LE OFFICER)** Injury: **None** Domestic: **N**

V1 Victim/Business Name (Last, First, Middle) **GRAY, NAPOLEON**
Victim of Crime # **1,** DOB **08/15/1973** Age **40** Race **B** Sex **M** Relationship To Offender — Resident Status **Resident** Military Branch/Status

Home Address **125 PALM ST, Cochran, GA 31014-**
Home Phone **478-934-4775**

Employer Name/Address **UNEMPLOYED**
Business Phone **478-322-0030** Mobile Phone **478-**

VYR / Make / Model / Style / Color / Lic/Lis / VIN

**OTHERS INVOLVED**

CODES: V- Victim (Denote V2, V3) O = Owner (if other than victim) R = Reporting Person (if other than victim)

Type: **INDIVIDUAL (NOT A LE OFFICER)** Injury:
Code **IO** Name (Last, First, Middle) **BURKE, KELLY RANDALL**
Victim of Crime # — DOB **11/20/1958** Age **54** Race **W** Sex **M** Relationship To Offender — Resident Status **Resident** Military Branch/Status

Home Address **105 Sweet Bay Rd Kathleen, GA 31047**
Home Phone **478-396-7878**

Employer Name/Address **ATTORNEY**
Business Phone **478-396-7878** Mobile Phone **478-396-7878**

Type: **INDIVIDUAL (NOT A LE OFFICER)** Injury:
Code **IO** Name (Last, First, Middle) **TALTON, CULLEN**
Victim of Crime # — DOB — Age — Race **W** Sex **M** Relationship To Offender — Resident Status — Military Branch/Status

Home Address **202 Carl Vinson Pkwy Warner Robins, GA 31088**
Home Phone

Employer Name/Address
Business Phone **478-542-2080** Mobile Phone

**PROPERTY**

1 = Burned  3 = Seized  5 = Recovered  6 = Damaged  7 = Stolen  8 = Misappropriated
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Officer/ID# **JONES, D. D. (6898)**
Supervisor **CARRICK, D. E. (6672)**

Invest ID# **(0)**
Case Disposition: Page 1

**Status** Complainant Signature
Case Status **Active/assn 10/09/2014**
Sys#: 651251 10/09/2014 16:25:45

Printed By: DDJONES,

| | NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|

**1)  IO  3     RAPE, WILLIAM**
   Address  *202 Carl Vinson Pkwy , Warner Robins, GA 31088-*          H: *478-542-2080*
   Empl/Addr                                                            B:
                                                                        Mobile #:

**2)  IO  4     DIXSON, MICHAEL**
   Address  *202 Carl Vinson Pkwy , Warner Robins, GA 31088-*          H: *478-542-2080*
   Empl/Addr *Hcso*                                                     B:
                                                                        Mobile #:

**3)  IO  5     HARLOWE, RONNIE**
   Address  *202 Carl Vinson Pkwy , Warner Robins, GA 31088-*          H:
   Empl/Addr                                                            B:
                                                                        Mobile #:

**4)  IO  6     FUSSELL, GUY JR**                                                   W   M
   Address  *202 Carl Vinson Pkwy , Warner Robins, GA 31088-*          H: *478-542-2080*
   Empl/Addr *Houston County Sheriff`s Dept, 202 Carl Vinson Pkwy, Warner Robins, Ga*   B: *478-542-2080*
                                                                        Mobile #:

**5)  IO  7     WESTBROOK, JOHN**                                                   W
   Address  *401 Oakrun Drive , Byron, GA*                              H:
   Empl/Addr *Houston County Sheriffs Office, 201 Perry Pkwy Perry Ga 31069*   B: *478-218-4790*
                                                                        Mobile #:

**6)  IO  8     FRANKLIN, DAN**                                                     W   M
   Address  *,*                                                         H:
   Empl/Addr                                                            B:
                                                                        Mobile #:

**7)  IO  9     MARTIN, STAN**
   Address  *700 Watson Blvd , Warner Robins, GA 31093-*                H: *478-929-1111*
   Empl/Addr                                                            B:
                                                                        Mobile #:

**8)  IO  10    NUNN, JF**                                                          W   M
   Address  *,*                                                         H:
   Empl/Addr                                                            B:
                                                                        Mobile #:

**9)  IO  11    EVERETTE, TERRY**                                                   W   F
   Address  *,*                                                         H:
   Empl/Addr                                                            B:
                                                                        Mobile #:

| NameCode/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age Race Sex |
|---|---|---|---|---|
| 10)  IO   12 | *TURNER, BOB* | | | |
| Address | *105 Wallwood Dr , Warner Robins, GA 31093-* | | H: | |
| Empl/Addr | | | B: | |
| | | | Mobile #: | |

# INCIDENT/INVESTIGATION REPORT

Houston County Sheriff's Office

| | | | Case# | *14-32939* | |
|---|---|---|---|---|---|

| Status Codes | 1 = Burned   3 = Seized   5 = Recovered   6 = Damaged   7 = Stolen   8 = Misappropriated |
|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity | |
|---|---|---|---|---|---|---|---|
| D R U G S | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Assisting Officers**

**Suspect Hate / Bias Motivated:**

**N A R R A T I V E**

On Oct. 9, 2014 at 1557hrs.

Mr. Gray came in to Houston County Sheriff's Office and requested a report be completed for the following charges:
1. Perjury
2. Identity Theft.
Mr. Gray stated that he has documents supporting the charges and would like to file warrant on the following person name involved other on the incident report.
Note: Upon request for the incident date the victim stated it occured from 2010 - 2014.

Nothing further on this incident.